UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.,<br>**Plaintiff**<br><br>-v-<br><br>LENDER LTD.,<br>**Defendant** | Case No. 07 CV 4119<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LENDER LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: July 20, 2007

*[Signature]*
**Signature of Attorney**

**Attorney Bar Code:** MK 2006

Form Rule7 1.pdf