UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,

-against-

LENDER, LTD.

                Defendant.
------------------------------------------------------------x

**ECF CASE**

07 Civ. 4119 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

      On July 25, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 11, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                        Mark S. Kaufman, Esq.
                        Kaufman & Khan, LLP
                        747 Third Avenue, 32nd Floor
                        New York, NY 10017

                        JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
25th day of July 2007

_____
Notary Public

CONNIE LEE
NOTARY PUBLIC, State of New York
No. 01LE50225914
Qualified in Kings County
Commission Expires April 4, 2010