```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,            :
                                         :   07 CIV. 4106(DLC)
                    Plaintiff,           :   (KNF)*
                                         :
          -v-                            :
                                         :       ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,   :    REFERENCE TO A
d/b/a ZONE FUNDING,                      :   MAGISTRATE JUDGE
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :   07 CIV. 4109
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
BALTIMORE AMERICAN MORTGAGE              :
CORPORATION, INC.,                       :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4115
                                         :
          -v-                            :
                                         :
FIRST CAPITAL MORTGAGE CORP.,            :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :   07 CIV. 4116
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
ACT LENDING CORPORATION,                 :
                                         :
                    Defendant.           :
---------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4118
                                         :
          -v-                            :
                                         :
COMMONSENSE MORTGAGE CORPORATION, INC.,  :
                                         :
                    Defendant.           :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07

1

```
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4119 ←
                                          :
        -v-                               :
                                          :
LENDER, LTD.,                             :
                    Defendant.            :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4120
                                          :
        -v-                               :
                                          :
MARIBELLA MORTGAGE, LLC,                  :
                                          :
                    Defendant.            :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4121
                                          :
        -v-                               :
                                          :
LANCASTER MORTGAGE BANKERS, LLC,          :
                                          :
                    Defendant.            :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                                          :    07 CIV. 4122
                    Plaintiff,            :
                                          :
        -v-                               :
                                          :
GREAT NORTHERN FINANCIAL GROUP, INC.,     :
                                          :
                    Defendant.            :
----------------------------------------  :
DB STRUCTURED PRODUCTS, INC.,             :
                                          :
                    Plaintiff,            :    07 CIV. 4123
                                          :
        -v-                               :
                                          :
INVESTAID CORPORATION,                    :
                                          :
                    Defendant.            :
----------------------------------------  :
```

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4125
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :    07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | _____ | | |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| X | Settlement* | _____ | Social Security |
| __ | Inquest After Default/Damages Hearing | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:   New York, New York
         August 10, 2007

_____
DENISE COTE
United States District Judge