# EXHIBIT B

## ASSIGNMENT AND ASSUMPTION

Lender Ltd. hereby assigns to CML Direct Inc. all of its rights in and to the Agreements listed on Exhibit A to this Assignment and Assumption.

CML Direct Inc. hereby assumes and agrees to discharge all of Lender, Ltd.'s duties and obligations under such Agreements, effective with the date of this Assignment and Assumption and agrees to hold Lender, Ltd. harmless from any economic loss or performance obligation under such Agreements from and after the date of this Agreement.

The parties hereby direct and authorize all of the counterparties to the Agreements to deal with CML Direct Inc. as a party to the Agreements in place of Lender Ltd.

Dated: _1/16_____, 2007

**LENDER LTD.**

By: _____

Its: _____

**CML DIRECT INC.**

By: _____ John Sanger _____

Its: _____ Co - Ceo _____

DLC Closed Loan Production

DLC Closed Loan Production

1/1/2006 - 1/17/2007

1/17/2007

Case 1:07-cv-04119-DLC    Document 17-3    Filed 08/20/2007    Page 5 of 26

DLC Closed Loan Production

1/1/2006 - 1/31/2007

3 of 4

1/1/2007



CRL Closed Loan Production

# Approved Broker List

| Company Name | Credit Analyst | States Approved | Fax # | Phone # | Address | Contact |
|---|---|---|---|---|---|---|
| 1st Liberty Home Loans | Jim Blair | FL | 952-224-1199 | 952-224-1100 | 10400 Vicking Dr. #530, Eden Prairie, MN 55347 | Robert Mancini |
| A Fast Mortgage LLC | Patti Malone | FL | 321-256-0692 | 321-206-3491 | 1717 Chisbury Ct, Orlando, FL 32837 | Justin Lopez |
| A.G. Financial LLC | Mike Tomlanovich | MI | 248-698-1265 | 248-698-1322 | 9440 Elizabeth Lake Rd., Suite A, Whitelake, MI 48386 | Marc Chiappelli |
| AAA Mortgage, Inc. | Jennifer Walling | AK | 907-374-0566 | 907-374-0566 | 516 2nd Ave, Suite 323, Fairbanks, AK 99701 | Michael Walters, Jr. |
| ABS Financial Inc dba Greater Ohio Mortgage | Mike Tomlanovich | OH | 740-453-4669 | 740-453-4662 | 1136 Maple Ave, Zanesville, OH 43701 | Jerry Miller |
| Academy Mortgage Loans | Jim Blair | CO | 719-866-4441 | 719-866-4444 | 411 S. Cascade Ave. #100, Colorado Springs, CO 80903 | Malayne Sweckard |
| Advanced Financial Home Loans the dba of First Magnus Financial Corporation (broker) | Mike Tomlanovich | MI | 616-464-1341 | 616-464-1340 | 2305 East Paris Ave, SE, Suite 201, Grand Rapids, MI 49512 | Jeffery Steffens |
| Advanced Financial Home Loans the dba of First Magnus Financial Corporation (mini) | Mike Tomlanovich | MI |  |  |  |  |
| Advantage Home Loans, LLC | Mike Tomlanovich | MI | 248-887-1917 | 248-887-1919 | 603 N. Wilmot Rd., Tucson, AZ 85711 | Sarah Martins |
| AFI Financial Inc. | Mike Tomlanovich | MI, FL | 248-887-1919 | 248-887-1919 | 206 S. Highland Rd., #100, Highland, MI 48357 | Scott Oldfield |
| AIM Financial, Inc. | Mike Tomlanovich | MI | 313-730-5180 | 313-730-5119 | 23400 Michigan Ave #700, Dearborn, MI 48124 | John Defrancisco |
| All Capital Mortgage Funding, Inc. | Steve Rubin | FL | 616-554-7450 | 616-554-7100 | 4635 44th St SE #C-201 Grand Rapids, MI 49512 | Jeffry Baum |
| All Florida Mortgage Centers, Inc. | Jennifer Walling | FL | 305-627-8214 | 305-362-3232 | 2350 West 84th Street, Suite 16, Hialeah, FL 33016 | Debra DiFilippo |
| Alliant Mortgage, Inc., Main office, (Grand Rapids) | Mike Tomlanovich | MI | 407-367-0099 | 407-240-6060 | 4721 S. Orange Ave., Orlando, FL 32806 | Jeffry Pague |
| Alliant Mortgage, Inc. (West Bloomfield) | Mike Tomlanovich | MI | 616-447-6536 | 616-447-8565 | 5344 Plainfield Ave NE, Grand Rapids, MI 49525 | Christine Mitchell |
| Allied Home Mortgage Capital Corp. | Jim Blair | MI | 248-661-8194 | 248-661-8284 | 7043 Timberview Trl, West Bloomfield, MI 48322 | Lazarte Sanxster |
| American Home Mortgage of Central Florida, Inc. | Mike T / Jim Blair | MI, FL, OH, AK, CO, IN | 713-684-0788 | 713-353-0461 | 6110 Pinemont Dr., Houston, TX 77002 | Christopher Lopez |
| Amerifirst Financial Corp. | Jim Blair/Jeff Becker | FL | 386-574-7285 | 386-860-0031 | 1749 Newman Ln., Orlando, FL 32725 | William Ashton |
| Amerisource Mortgage LLC | Mike Tomlanovich | MI, FL | 269-324-4676 | 269-324-4240 | 616 W. Centre Avenue, Portage, MI 48024 | Melissa Meade |
| Anchorage Home Mortgage LLC | Deb Howard | AK | 586-715-7442 | 586-716-7440 | 36134 Green St, New Baltimore, MI 48047 | David Kane |
| Apex Branch, Inc. | Jim Blair | FL | 907-338-5462 | 907-477-6365 | 2604 Fairbanks St. #100, Anchorage, AK 99503 | Donald Held |
| Apex Financial Group dba AAPEX Mortgage | Tim Schafer | MI, FL, OH, AK | 407-418-2243 | 407-306-0571 | 35 West Pine St., Suite 213, Orlando, FL 32801 | Alox Valle |
| Apex Mortgage Services, LLC | Jennifer Walling | MI, FL, IN, CO, OH | 407-557-3247 | 813-684-1111 | 215 East Pine St., Suite 102, Orlando, FL 32511 | Jessica Simes |
| A-Plus Mortgage, LLC | Mike Tomlanovich | CO | 614-839-9780 | 614-839-2739 | 2550 Corporate Exchange Dr., Columbus, OH 80631 | Travis Chne |
| ARC Lending, LLC | Jim Blair | MI | 970-352-3382 | 970-352-3360 | 1020 9th Street, 1st Floor, Greeley, CO 80631 | Jilan Santner |
| ARS Funding Group | Patty Malone | FL | 810-603-2902 | 810-603-2272 | 5430 S. Dort Hwy., Flint, MI 48507 | Debra Darline |
| ASAP Mortgage and Investments Inc. | Jim Blair | FL | 407-260-0099 | 407-260-1009 | 300 Wilshire Blvd., Suite 238, Casselberry, FL 32707 | Alan Seldin |
| Avatar Home Mortgage of Central Florida |  | FL | 772-325-0195 | 561-360-2481 | 913 Dickens Place, West Palm Beach, FL 33411 | Christine Lansing |
| Avanell Financial Services, Inc. |  | FL | 352-241-8228 | 352-241-8228 | 4420 S. Highway 27 #7, Clermont, FL 34711 | Margie Donelson |
| B & T Mortgage, LLC | Mike Tomlanovich | MI | 631-586-9679 | 631-586-5506 | 2141 Deer Park Ave., Deer Park, NY 11729 | Donald Reynolds |
| Banc Plus Home Mortgage Center, Inc. | Jim Blair | FL | 313-842-4405 | 313-842-4401 | 15574 E. Eight Mile Rd., Detroit, MI 48205 | Barbara Tamburo |
| Baypoint Financial Services, Inc. | Jim Blair | FL | 954-568-2787 | 954-568-2787 | 2699 East Oakland Park Blvd., Ft. Lauderdale, FL 3331 | Howard Vernick |
| Beachside Mortgage LLC | Jim Blair | CO | 303-485-9760 | 303-702-3030 | 3403 Hancock Bridge Parkway, Suite 2, N. Fort Myers, F | Kevin M. Robbins |
| Best Buy Mortgage Services, Inc. | Steve Rubin | FL | 727-449-7123 | 727-796-7211 | 3078 Eastland Blvd, Suite 308, Clearwater, FL 33761 | Wade Uchterman |
| Blackhorse Mortgage Corp. | Mike Tomlanovich | FL, IN | 502-412-1755 | 502-412-4759 | 10333 Linn Station Rd., Louisville, KY 40223 | Donald Uchterman |
| Bloomfield Birmingham Mortgage Co. | Jim Blair | MI | 248-203-7732 | 248-203-7726 | 260 E. Brown St., Suite 151, Birmingham, MI 48009 | Mac Naeh |
| Brellin Home Mortgage | Mike T / Jim Blair | MI, FL | 517-324-3533 | 517-324-5640 | 1504 E. Grand River, East Lansing, MI 48823 | Walter Drummond |
| Brellin Home Mortgage | Mike Tomlanovich | MI, FL | 248-355-1401 | 248-355-1400 | 24725 W. 12 Mile Rd., Suite 302, Southfield, MI 48034 | Vince Caporale |
| Bridge Financial Services | House Account | MI, FL |  | 810-655-8346 | 5168 Wyndemere Sw., Swartz Creek, MI | Nicole Sturgeon |
| Brookview Mortgage LLC | Mike Tomlanovich | MI | 517-805-6000 | 517-851-4543 | 212 West Main St., Stockbridge, MI 49285 | Scott Wilkinson |
| C & R Mortgage, Inc. | Mike Tomlanovich | MI | 586-493-9127 | 586-493-1892 | 23985 Denton, Suite B, Clinton Twp, MI 48036 | Jody Meier |
| Capital Finance Group | Mike Tomlanovich | FL | 959-570-0729 | 954-588-8373 | 409 W. Hallandale Beach Blvd. #204, Hallendale, FL 33 | Leonard Verfinden |
| Cascade & Associates, Inc. | Blaise Dietz | MI | 386-986-3899 | 386-986-3800 | 31 Clermont Ct., Palm Coast, FL 32137 | Cliff Clarke |
| Casse Home Mortgage | Ron Respondek | MI | 231-737-9094 | 231-739-9000 | 3048 Glade San Way, Muskegon, MI 49444 | Richard Sacilotto |
| CC Mortgage LLC | Steve Rubin | FL | 231-275-1000 | 231-275-2994 | 10164 Harnet, Blvd., Muskegon, MI 49444 | Tanya Hoover |
| Charter Funding the dba of First Magnus Financial Corporation (broker) | Mike Tomlanovich | MI, FL, IN | 941-637-9197 | 787-347-2418 | 1562 San Marino Ct, Punta Gorda, FL 33950 | Ron Cassie |
| Charter Funding the dba of First Magnus Financial Corporation (mini) | Mike Tomlanovich | MI, FL, IN | 616-464-1341 | 616-464-1340 | 2305 East Paris Ave, SE, Suite 201, Grand Rapids, MI 4 | Cybelle Hernandez |
| Chase Capital Mortgage and Investment LLC | Mike Tomlanovich | FL | 520-618-9000 | 520-618-8000 | 185 Waymont Ct., Suite 101, Lake Mary, FL 32746 | Sarah Martins |
| Christensen Financial, Inc. | Ben Griffin | FL, CO | 407-320-0898 | 407-320-0898 | 185 Waymont Ct., Suite 101, Lake Mary, FL 32746 | Darin Canetti |
|  |  |  | 407-869-0283 | 407-869-0008 | 2484 SR 434 West, Longwood, FL 32779 | David Christensen |

# Approved Broker List

| Company Name | Credit Analyst | States Approved | Fax # | Phone # | Address | Contact |
|---|---|---|---|---|---|---|
| 1st Liberty Home Loans | Jim Blair | FL | 952-224-1199 | 952-224-1100 | 10400 Vicking Dr. #530, Eden Prairie, MN 55347 | Robert Mancini |
| A Fast Mortgage LLC | Patti Malone | FL | 321-206-0692 | 321-206-3491 | 1717 Chisbury Ct., Orlando, FL 32837 | Juan Lopez |
| A.C. Financial LLC | Mike Tomlanovich | MI | 248-698-1265 | 248-698-1322 | 9440 Elizabeth Lake Rd., Suite A, Whitelake, MI 48386 | Marc Chiappelli |
| AAA Mortgage LLC | Jennifer Walling | AK | 907-374-0887 | 907-374-0566 | 516 2nd Ave, Suite 323, Fairbanks, AK 99701 | Michael Warkick Jr. |
| ABS Financial Inc dba Greater Ohio Mortgage | Mike Tomlanovich | OH | 740-453-4669 | 740-453-4662 | 1136 Maple Ave, Zanesville, OH 43701 | Jerry Miller |
| Academy Mortgage Loans | Jim Blair | CO | 719-886-4441 | 719-886-4444 | 411 S. Cascade Ave. #100, Colorado Springs, CO 80903 | Malayne Sweckard |
| Advanced Financial Home Loans the dba of First Magnus Financial Corporation (bran | Mike Tomlanovich | MI | 616-464-1340 | 616-464-1343 | 2945 Eastern Ave. SE, Suite 201, Grand Rapids, MI | Jeffery Steffens |
| Advanced Financial Home Loans the dba of First Magnus Financial Corporation (mai | Mike Tomlanovich | MI | | 520-618-9000 | 603 N. Wilmont Rd., Tucson, AZ 85711 | Sarah Marfins |
| Advantage Home Loans, LLC | Mike Tomlanovich | MI | 248-887-1917 | 248-887-1919 | 206 W. Highland Rd., #1050, Highland, MI 48357 | Scott Oldfield |
| AFI Financial Inc. | Mike Tomlanovich | MI, FL | 313-730-5080 | 313-730-5119 | 23400 Michigan Ave. #1200, Dearborn, MI 48124 | John Francisco |
| AIM Financial, Inc. | Mike Tomlanovich | MI | 616-554-7450 | 616-554-7400 | 4635 44th St SE # C-201, Grand Rapids, MI 49512 | Jeffry Baum |
| All Capital Mortgage Funding, Inc. | Steve Rubin | FL | 305-675-8214 | 305-362-3232 | 2350 West 84th Street, Suite 16, Hialeah, FL 33016 | Betty Diaz |
| All-Florida Mortgage Centers, Inc. | Mike Tomlanovich | FL | 407-367-0099 | 407-240-6060 | 4721 S. Orange Ave, Orlando, FL 32806 | Jeffrey Perdue |
| Alliant Mortgage, Inc., (main office, Grand Rapids) | Mike Tomlanovich | MI | 616-447-8536 | 616-447-8565 | 5344 Plainfield Ave NE, Grand Rapids, MI 49525 | Christine Mitchell |
| Allied Home Mortgage Capital Corp | Mike Tomlanovich | MI | 248-661-8284 | 248-661-8284 | 7043 Timberview Trl, West Bloomfield, MI 48322 | Lagarte Sanoster |
| American Home Mortgage of Central Florida, Inc. | Mike T / Jim Blair | MI, FL, OH, AK, CO, IN | 713-884-0788 | 713-353-0461 | 6110 Pinemont Dr., Houston, TX 77092 | Christopher Lopez |
| Amerifirst Financial Corp. | Mike Tomlanovich | MI | 386-574-7440 | 386-860-0031 | 1749 Haverhill Dr., Deltona, FL 32725 | William Ashton |
| Amerisource Mortgage LLC | Jim Blair/Jeff Becker | MI, FL | 269-324-4676 | 269-324-4240 | 516 W. Centre Avenue, Portage, MI 49024 | Melissa Meade |
| Anchorage Home Mortgage LLC | Mike Tomlanovich | AK | 586-716-7442 | 586-716-7440 | 36134 Green St., New Baltimore, MI 48047 | David Kane |
| Apex Branch, Inc. | Deb Howard | AK | 907-336-5462 | 907-677-6365 | 2804 Fairbanks St. # 100, Anchorage, AK 99503 | Donald Held |
| | Jim Blair | FL | 407-418-2213 | 407-306-0571 | 35 West Pine St., Suite 213, Orlando, FL 32801 | Alex Valle |
| Apex Financial Group dba AAPEX Mortgage | Tim Sheahan | MI, FL, OH, CO, AK | 407-557-3247 | 813-884-1111 | 215 W. Bloomingdale Ave., Brandon, FL 33511 | Jessica Simaas |
| Apex Mortgage Services, LLC | Jennifer Walling | MI, FL, IN, CO, OH | 614-839-8780 | 614-839-2739 | 2550 Corporate Exchange Dr., Suite 102, Columbus, OH | Travis Cline |
| A-Plus Mortgage, LLC | Mike Tomlanovich | CO | 970-352-3380 | 970-352-3360 | 1020 9th Street, 1st Floor, Greeley, CO 80631 | Allen Sellmer |
| ARC Lending, LLC | Jim Blair | MI | 810-603-2902 | 810-603-2272 | 5430 S. Dort Hwy, Flint, MI 48507 | Debra DiPillo |
| AResty Group LLC | Patty Malone | FL | 407-260-2009 | 407-260-1009 | 300 Wilshire Blvd, Suite 238, Casselberry, FL 32707 | Alan Seldin |
| ASAP Mortgage and Investments Inc. | Jim Blair | FL | 772-325-0195 | 561-396-2481 | 913 Dickens Place, West Palm Beach, FL 33411 | Christine Lansing |
| ivalar Home Mortgage of Central Florida | | FL | 352-394-0818 | 352-241-8228 | 4420 S Highway 27 #7, Clermont, FL 34711 | Margie Donelson |
| Avanell Financial Services, Inc. | | FL | 631-586-9979 | 631-586-5006 | 2141 Deer Park Ave., Deer Park, NY 11729 | Donald Reynolds |
| B & T Mortgage, LLC | Mike Tomlanovich | MI | 313-642-4403 | 313-563-6361 | 15514 E. Eight Mile Rd., Detroit, MI 48205 | Barbara Tamburo |
| Banc Plus Home Mortgage Center, Inc. | Jim Blair | FL | 954-566-2716 | 954-566-2707 | 3594 E East Oakland Park Blvd., Ft. Lauderdale, FL 3330 | Howard Vernick |
| Baypoint Financial Services, Inc. | Jim Blair | FL | 239-997-9211 | 239-997-9200 | 3403 Hancock Bridge Parkway, Suite 2, N. Fort Myers, | Kevin M. Robbins |
| Benchmark Mortgage LLC | Jim Blair | CO | 303-485-9760 | 303-702-3030 | 410 Terry St., Longmont, CO 80501 | Wade Whiteley |
| Best Buy Mortgage Services, Inc. | Steve Rubin | FL | 727-499-7123 | 727-796-7211 | 3078 Eastland Blvd., Suite 3B8, Clearwater, FL 33761 | Donald Lichterman |
| Blackhorse Mortgage Corp. | Mike Tomlanovich | FL, IN | 502-412-1177 | 502-412-4759 | 10333 Linn Station Rd., Louisville, KY 40223 | Mac Horn |
| Bloomfield Birmingham Mortgage Co. | Jim Blair | MI, FL | 248-203-7732 | 248-203-7726 | 260 E. Brown St., Suite 151, Birmingham, MI 48009 | Walter Drummond |
| Brellin Home Mortgage | Mike T / Jim Blair | MI, FL | 517-324-5333 | 517-324-5640 | 1504 E. Grand River, East Lansing, MI 48823 | Vince Caporale |
| Brellin Home Mortgage | Mike Tomlanovich | MI, FL | 248-355-1401 | 248-355-1400 | 24725 W. 12 Mile Rd., Suite 302, Southfield, MI 48034 | Nicole Scruggs |
| Brellin Home Mortgage | Mouse Account | MI, FL | | 810-655-8346 | 5168 Mundemore Sq., Swartz Creek, MI | Scott Wilkinson |
| Bridge Financial Services | Mike Tomlanovich | MI | 517-505-6000 | 517-351-4543 | 212 West Main St, Stockbridge, MI 49285 | Jody Meier |
| Brookview Mortgage LLC | Mike Tomlanovich | FL | 586-493-0127 | 586-493-1952 | 22885 Denton, Suite B, Clinton Twp, MI 48036 | Leonard Verlinden |
| C & R Mortgage, Inc. | Mike Tomlanovich | FL | 956-970-0729 | 954-588-9370 | 4109 W. Hallandale Beach Blvd. #204, Hallandale, FL | Cliff Clarke |
| Capital Finance Group | Mike Tomlanovich | FL | 386-986-3999 | 386-986-3900 | 31 Clermont Cp., Palm Coast, FL 32137 | Richard Sadiletto |
| Cascade Home Mortgage | Blaise Dietz | MI | 231-737-0994 | 231-739-5000 | 3048 Glade St., Muskegon, MI 49444 | Tanis Hoover |
| Cassie & Associates, Inc. | Ron Respondek | MI | 231-275-1000 | 231-275-2984 | 10164 Harmony Dr., Interlochen, MI 49643 | Ron Cassie |
| CC Mortgage LLC | Steve Rubin | FL | 941-637-9160 | 787-347-2418 | 1562 San Marino Ct., Punta Gorda, FL 33950 | Cybelle Hernandez |
| Charter Funding the dba of First Magnus Financial Corporation (bran | Mike Tomlanovich | MI, FL, IN | 616-464-1341 | 616-464-1340 | 2305 East Paris Ave. SE, Suite 201, Grand Rapids, MI 4 | Jeffery Steffens |
| Charter Funding the dba of First Magnus Financial Corporation (main | Mike Tomlanovich | MI, FL, IN | | 520-618-9000 | 603 N. Wilmont Rd., Tucson, AZ 85711 | Sarah Marfins |
| Chase Capital Mortgage and Investment LLC | | FL | 407-320-0898 | 407-320-0888 | 185 Waymont CL., Suite 101, Lake Mary, FL 32746 | Darin Cantelli |
| Christensen Financial, Inc. | Ben Griffin | FL, CO | 407-869-0283 | 407-869-0008 | 2684 SR 434 West, Longwood, FL 32779 | David Christensen |

| Company | Contact | State | Phone 1 | Phone 2 | Address | Name |
|---|---|---|---|---|---|---|
| Citysectrum Mortgage | Ron Respondek | FL | 305-233-4452 | 305-233-4445 | 12800 SW 133 Court, Miami, FL 33186 | Karla Arapian |
| Classic Home Mortgage Corp. | Jeff Becker | MI | 586-726-8653 | 586-726-8478 | 47702 Van Dyke, Shelby Twp, MI 48317 | Paul Shkrelia |
| Classic Mortgage Solutions LLC | Jim Blair | MI | 248-298-2583 | 248-298-2600 | 22720 Woodward Ave, Suite 210, Ferndale, MI 48220 | Kelly Farrell/Delance Farrell |
| Clearview Mortgage Lending LLC | Tim Schafer | FL | 813-677-0212 | 813-300-4843 | 10410 Soaring Eagle Dr., Riverview, FL 33569 | Leo Fouseki |
| CLS Lending Concepts | Mike Tomlanovich | MI | 866-845-0295 | 586-558-9661 | 28131 Newport, Warren, MI 48088 | Laura Contrastato |
| CM Group the dba of Clayton Mortgage, Inc. | Steve Rubin | IN | 317-826-0682 | 317-826-0682 | 12728 White Rock Ct., Indianapolis, IN 46236 | Sharon Fultz |
| CM Mortgage Company the dba of Billins & Hall Inc. | Mike Tomlanovich | MI | 810-987-4003 | 810-987-3717 | 400 Huron Ave., Port Huron, MI 48060 | Jeff Billins |
| Coast Capital Mortgage Group, Inc. | Jeff Becker | FL | 941-792-1767 | 941-792-1767 | 8524 10th Ave NW, Bradenton, FL 34209 | Hope Kerkof |
| Comm. First Bank of Howard Co. | Jim Blair | IN | 765-456-4303 | 765-456-4303 | 301 W. Sycamore, Kokomo, IN 46901 | Lorie Robinson |
| Commerce Financial Services LLC | | MI | 734-513-2183 | 734-513-2123 | 31300 Plymouth Rd., Livonia, MI 48150 | Steven J. Cervin |
| Complete Employment Services Inc. dba Complete Mortgage Services of | Jeff Becker | MI | 248-969-9488 | 248-969-3034 | 148 S. Washington St., Oxford, MI 48371 | Denise Heidsch |
| Confidential Plus Mortgage, Inc. | Steve Rubin | FL | 863-491-8399 | 863-491-8300 | 606 East Oak St., Arcadia, FL 34266 | Frances Boccia |
| Cooper & Ulrich Inc. | Mike Tomlanovich | MI | 248-674-1006 | 248-674-1088 | 3011 St. Jude, Waterford, MI 48329 | Richard Ulrich |
| Corcoran Mortgage Consultants, LLC | Mike Tomlanovich | MI | 810-742-7234 | 810-742-6970 | 1080 Creekwood Trail, Burton, MI 48509 | Barbara Ewing |
| Cross Mortgage LLC | Jim Blair | MI | 616-261-1990 | 616-261-1850 | 4301 Canal SW, Suite 200, Grandville, MI 49418 | John Cross |
| Dalco Funding, LLC | Mike Tomlanovich | MI | 248-784-3292 | 248-784-3290 | 21711 W. Ten Mile Rd., Suite 200, Southfield, MI 48075 | Carl Dallo |
| Destination Home LLC | Mike Tomlanovich | MI | 810-732-1338 | 810-732-2246 | G-5265 W. Pierson Rd., Flushing, MI 48433 | Brian Birchmeier |
| Direct Financial Services Corporation | Mike TJ/Jeff B | MI | 248-855-6870 | 248-855-6870 | 6775 Dahl Rd., Suite 104, West Bloomfield, MI 48322 | Alan Lucia |
| Direct Lending Inc. (branch office) | Steve Rubin | FL | 850-469-8988 | 850-469-9072 | 945 West Michigan Ave., Suite 12B, Pensacola, FL 325 | Pryesia Baldwin |
| Direct Lending Inc. (main office) | Mike Tomlanovich | MI | 734-422-0726 | 734-422-0725 | 32800 Five Mile Rd., Suite 200, Livonia, MI 48154 | Gus Shukeikeh |
| Direct Lending Partners, LLC | Steve Rubin | FL | 727-210-1405 | 727-466-6634 | 6011 Cleveland St., Suite 501, Clearwater, FL 33755 | Jeff Robinson |
| Diversified Mortgage Finance Inc. | Jim Blair | MI | 517-485-8811 | 517-485-8800 | 1901 E. Michigan Ave., Lansing, MI 48912 | Christen Galbraith |
| Dixie Stone's Mortgage Group Inc. | Jim Blair | FL | 352-351-8431 | 352-351-8611 | 2201 SW College Rd., Suite 13, Ocala, FL 34474 | Dixie Stone |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 616-249-1859 | 616-249-1863 | 1853 R.W. Berends Dr. SW, Wyoming, MI 49509 | Jeffery Anderson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 630-548-4771 | 773-935-9154 | 5645 Nutone St., Fitchburg, IL 53711 | Erica Peterson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 847-483-9146 | 630-662-1811 | 3701 Algonquin Rd., Suite 260, Rolling Meadows, IL 600 | Jeffery Anderson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 815-834-9443 | 815-834-9440 | 0221 S. State St., Litchfield, IL 53711 | Dennis Keenan |
| Dreamerica Mortgage, Inc. (main office) | Mike Tomlanovich | MI, IN | 616-454-9332 | 616-454-9330 | 146 Monroe Center, Suite 1210, Grand Rapids, MI 49503 | Jeffery Anderson |
| Dynamic Financial, Inc. | Ben Griffin | FL | 407-770-3907 | 407-846-9452 | 2117 Stryker Street, Orlando, FL 32806 | Saintaime Charles |
| Dynamic Mortgage Solutions | Jeff Becker | FL | 954-433-6766 | 407-518-9795 | 215 South Vernon Ave, Kissimmee, FL 34741 | Natasha Dotson |
| Easy Loans | Jim Blair | MI, FL | 248-363-3493 | 248-433-6668 | 3333 W. Commercial Blvd, #202, Ft. Lauderdale, FL 33 | William Cornio |
| Eastern Home Financial Group LLC | Mike T / Jim Blair | MI, FL | 727-538-9297 | 248-760-9038 | 25800 Greenfield Rd., Suite 607, Oak Park, MI 48237 | Irina Udovichenko |
| Encore Mortgage Enterprises Inc. | Jim Blair | MI, FL | 727-538-9297 | 727-538-9295 | 1000 S. Belcher Rd. #B-12, Largo, FL 33771 | Paula Harthen |
| Equity Consultants | Jim Blair | MI, FL, OH, CO | 800-440-0186 | 330-659-7600 | 4180 Highlander Pkwy, Richfield, OH 44286 | Rivka Marcus |
| Equity Mortgage Funding Inc. | Mike Tomlanovich | MI, FL | 586-758-7972 | 586-757-7200 | 26648 VanDyke, Centerline, MI 48015 | Stephen Bushion |
| Excel Mortgage Network Inc. | Mike Tomlanovich | FL | 813-254-1696 | 813-254-1696 | 3413 E. Frontage Rd., Tampa, FL 33607 | Judy Palmer |
| Executive Mortgage of MI. LLC | Jim Blair | FL | 989-671-3535 | 989-671-3500 | 100 W. Midland St., Bay City, MI 48706 | Alan Doner |
| Executive Mortgage of MI. LLC | Mike Tomlanovich | MI | 989-671-3535 | 989-671-3500 | 100 W. Midland St., Bay City, MI 48706 | Alan Doner |
| Family First Mortgage Corp. aka Family Home Lending Corp. | Mike Tomlanovich | MI, FL | 386-845-9289 | 386-246-6955 | 33 Old Kings Rd N, Suite 1, Palm Coast, FL 32137 | Gregory Hill |
| Federal Mortgage Corp., Inc. | Mike Tomlanovich | MI | 248-738-4499 | 248-738-4299 | 3297 Orchard Lake Rd, Keego Harbor, MI 48320 | Nancy Murphy |
| Fidelity Mortgage Company, Inc. | Jim Blair | MI | 586-932-4144 | 248-932-4060 | 7001 Orchard Lake, Suite 332, West Bloomfield, MI 480 | D. James Papageorgiou |
| Financial Lenders LLC | Mike Tomlanovich | FL | 954-598-8882 | 954-598-8840 | 2200 N. Florida Mango Rd., West Palm Beach, FL 33409 | Richard Meccia |
| First Alliance Mortgage Inc. the dba of First Alliance Group & Assoc., Inc. | Mike Tomlanovich | FL | 954-771-2892 | 954-771-2624 | 7010 W. Commercial Blvd., Oakland Park, FL 33334 | Elaine Costa |
| First Class Mortgage, Inc. | Jim Blair | FL | 586-228-7550 | 586-228-7550 | 16748 21 Mile Rd., Macomb, MI 48044 | Jeffrey Gates |
| First Class Mortgage, Inc.-branch office | Mike Tomlanovich | MI | 586-777-4747 | 586-777-4747 | 16748 21 Mile Rd., Macomb, MI 48044 | Jeffrey Gates |
| First Community Mortgage Services of Livonia, Inc. | Mike Tomlanovich | MI | 734-432-9551 | 734-432-5995 | 38777 W. 6 Mile Rd. #200, Livonia, MI 48152 | Terryl D. Lewis |
| First Financial Funding | Jim Blair | FL | 407-892-8010 | 407-892-2776 | 1320 Jersey Ave., St. Cloud, FL 34769 | Steven Mondshein |
| First Horizon Home Loan Corp. | Mike Tomlanovich | MI, FL, IN, OH, CO | 800-453-7170 | 800-453-7170 | 11300 4th Street N, Suite 150, St. Petersburg, FL 33716 | M. Cindy McGrath |
| First Horizon Home Loan Corp. | Mike Tomlanovich | MI, FL, IN, OH, AK, CO | 214-441-4592 | 214-441-9000 | 4000 Horizon Way, Irving, TX 75063 | Frank Krothe |
| First Magnus Financial Corporation (branch) | Mike Tomlanovich | MI, FL, IN, CO, AK | 616-464-1341 | 616-464-1340 | 2305 East Paris Ave. SE, Suite 201, Grand Rapids, MI 4 | Jeffrey Steffens |
| First Magnus Financial Corporation (main office) | Mike Tomlanovich | MI, FL, IN, CO, AK | 520-618-9000 | 520-618-9000 | 603 N. Wilmont Rd., Tucson, AZ 85711 | Gary Mallo |
| First Mortgage of Michigan the dba of We are Finance Corp | Mike Tomlanovich | MI, CO | 248-381-5247 | 248-739-1002 | 33045 Hamilton Ct., Suite W108, Farmington Hills, MI 4 | Aaron Gerchak |
| First Principal Mortgage | Mike Tomlanovich | MI | 616-940-9075 | 616-940-9075 | 7390 Hammond Ave SE, Caledonia, MI 49316 | Robert Bollgraph |

| Company | Contact | State | Phone 1 | Phone 2 | Address | City / State / Zip | Name |
|---|---|---|---|---|---|---|---|
| First United Inc. | Maureen Mayer | FL | 813-223-9408 | 813-225-1519 | 4345 Bayside Village Dr., Suite 203 | Tampa, FL 33615 | Michael Condito |
| Five Star Mortgage, Inc. | Jim Blair | FL | 561-845-5537 | 561-845-5580 | 1001 W. Jasmine Dr., #F | Lake Park, FL 33403 | Carol Jennings |
| Florida Executive Lending, Inc. | Maureen Mayer | FL | 813-653-0493 | 813-662-5363 | 2228 Lithia Center Lane | Valrico, FL 33594 | Kevin Kennelly |
| Freetop Financial Mortgage Corporation of Michigan | Jim Blair | MI | 231-933-5467 | 231-933-9000 | 2506 S. Crossings Circle, Suite B | Traverse City, MI 496.. | Brian Miles |
| Freedom Financial Mortgage Lending, LLC | Mike Tomlanovich | MI, FL | 810-695-4850 | 810-603-3140 | 8145 S. Saginaw St., Suite B | Grand Blanc, MI 48439 | Amber Sabo |
| Freedom First Financial Solutions, LLC | Jim Blair | MI | 248-663-0548 | 248-663-0542 | 23100 Providence Dr., Suite 230 | Southfield, MI 48075 | Sonyelle McMillan |
| Frontier R & B Corp. | | FL | 305-252-7708 | 305-252-7750 | 15715 S. Dixie Hwy #310 | Miami, FL 33157 | Ben Jarid |
| G.L. Glennon Mortgage Company | Tim Schafer | FL, IN, CO, AK / FL, IN, OH, AK | 941-752-7651 | 941-739-5383 | 4422 5th Street W. | Bradenton, FL 34207 | George Glennon |
| Gateway Mortgage Group LLC | Steve Rubin | MI | 918-359-1291 | 918-712-5000 | 6240 E. 14th St. | Tulsa, OK 74112 | J. Kevin Stitt |
| Global Mortgage, Inc. | Jim Blair | MI | Cd n/a | 727-324-1000 | 1440 N. Dale Mabry Circle | Clearwater, FL 33760 | Simon Dinh |
| GreenTree Funding, LLC | Jim Blair | MI | 810-664-1315 | 989-529-2292 | 53 Benton | Saginaw, MI 48602 | Carol Fabricius |
| Golfside Mortgage the dba of Crossroads Mortgage LLC | Jim Blair | MI | 810-664-2100 | 810-664-2100 | 1779 W. Genessee | Lapeer, MI 48446 | Tim Rutherford |
| Golfside Mortgage the dba of Crossroads Mortgage LLC | Jim Blair | MI | 248-644-8770 | 248-644-8771 | 2155 Butterfield Dr, Suite 100 | Troy, MI 48084 | Sal Kesto |
| Good Faith Financial Inc the dba of Star First, LLC | Mike Tomlanovich | MI | 586-532-0600 | 586-532-0600 | 14460 Lakeside Circle, Suite 180 | Sterling Heights, MI 4.. | Grant Holmes |
| Great Lakes Mortgage Funding, Inc. | Pam McNabb | MI, FL | 734-362-8082 | 734-362-8000 | 2363 W. Jefferson Ave., Suite 207 | Trenton, MI 48183 | Tim Williams |
| Great Lakes Mortgage Services Corp dba Coast to Coast Finance Services | Mike Tomlanovich | MI, FL | 305-826-4030 | 305-826-4010 | 8049 NW 155 St | Miami Lakes, FL 33016 | Marilyn Pineiro |
| Great Lakes Mortgage Group Corp. | Jim Blair | FL | 616-988-1526 | 616-988-1522 | 3060 Broadmoor Ave. | Grand Rapids, MI 49512 | Christian Wiser |
| GreenTree Funding, LLC | Jim Blair | MI | 248-594-7695 | 248-594-7582 | 22493 Bayview Dr., Suite | St. Clair Shores, MI 48081 | Louis Bitto |
| Guaranteed Mortgage Consultants, Inc. | Theresa Bovensiep | MI, FL | 248-594-7695 | 248-594-7007 | 3883 Telegraph Rd., Suite 200 | Bloofield Hills, MI 48302 | Louis Bitto |
| Guaranteed Mortgage Consultants, Inc. (branch) | Theresa Bovensiep | MI, FL | 866-594-7695 | 868-440-6039 | 12605 Orange Dr., Suite 904 | Davie, FL 33330 | Robert Baxter |
| H and H Mortgage Solutions, Inc. | Mike Tomlanovich | FL | 248-673-1810 | 248-673-1300 | 4159 Pontiac Lake Rd. | Waterford, MI 48328 | Maria Hernandez |
| Harbour Mortgage Company | Lori Ann Ladd | MI | 941-627-2277 | 916-942-9722 | 1580 East Beltline SE | Grand Rapids, MI 49506 | Jay Ranga |
| Heartwell Mortgage Corporation | Mike Tomlanovich | MI, FL, IN, OH | 407-426-1711 | 407-428-7110 | 4034-C Tamiami Trail | Port Charlotte, FL 33952 | Alyson Kemes |
| Heritage Mortgage Corporation of SW Florida | Mark Sanger | FL | 407-330-7567 | 248-928-0144 | 14 E. Washington St., Suite 600-F | Orlando, FL 32801 | Brunson Taylor |
| Highland Financial | Mike Tomlanovich | FL | 248-928-0144 | 248-928-0144 | 1973 Longwood Lake Mary Rd., Suite 1007 | Longwood, FL | Pablo Lopez |
| Home 1st Lending, LLC | Mike Tomlanovich | FL, CO | 321-206-0548 | 407-736-0995 | 2115 Livernois, Suite 300 | Troy, MI 48083 | David Krebatis |
| Home Funding Solutions, Inc. | Patty Malone | FL | 248-449-9362 | 248-449-7700 | 13121 Zori Lane | Windermere, FL 34786 | Frederic Bader |
| Home Lending Ave. | Mike Tomlanovich | MI | 313-359-5577 | 313-359-5566 | 43300 W. Nine Mile Rd, Suite 305 | Novi, MI 48375 | Damian Husak |
| Home Mortgage of MI Inc. (branch office) | Mike Tomlanovich | MI | 305-359-3238 | 305-588-3943 | 5634 Lafayette | Dearborn Heights, MI 48127 | Kamal Salame |
| Home Mortgage of MI Inc. (branch office) | Mike Tomlanovich | MI | 513-702-0700 | 513-220-0700 | 1051 NE 157 St | North Miami Beach, FL 33162 | Abraham Darwish |
| Home Mortgage of MI Inc. (main office) | Maureen Mayer | MI | | | 101 E. Kennedy Blvd, Suite 1180 | Tampa, FL 33602 | Alfred Eastburn III |
| Home Mortgage Services, Inc. | Jim Blair | FL | 772-464-0399 | 772-464-0305 | 605 S. Michigan Ave | Lansing, MI 48912 | Dina Schmidt |
| Home Mortgage Source | Steve Rubin | MI | 248-662-6992 | 586-419-2708 | 460 Summerhill Dr | Rochester Hills, MI 48306 | Nichole Huminiski |
| Hometown Mortgage Group, Inc. | Ron Respondek | FL | 586-419-2706 | 772-286-9070 | 2328 Rancroft Road | Rochester Hills, MI 48306 | Larry Pern |
| Honor Mortgage, Inc. | Jim Blair | MI | 772-426-9994 | 517-351-000 | 901 SW Martin Downs Blvd, #315 | Palm City, FL 34990 | David Grady |
| ICM Financial, Inc. | Jim Blair | FL | 517-351-0617 | 248-357-5248 | 3400 Pinetree Rd., Suite 104 | Lansing, MI 48911 | Michael Szafranski |
| Indigo Financial Group, Inc. | Mike Tomlanovich | MI, FL, IN, OH | 248-357-5828 | 407-389-1477 | 20300 Civic Center #304 | Southfield, MI 48076 | Eddie Baurer III |
| Infinity Mortgage Co. | Patty Malone | MI | 407-389-1641 | 616-534-3104 | 151 South Wymore Rd., Suite 10 | Altamonte Springs, FL | Dan Somber |
| Infinity Mortgage Express, Inc. | Jim Blair | MI | 616-534-1512 | 317-570-0164 | 1560 Woodhill Ct, SW | Grand Rapids, MI 49509 | Dan Robinson |
| Inter-Lakes Mortgage Company | Steve Rubin | IN | 317-570-0164 | 248-720-3200 | 6801 Lake Plaza Dr., Suite C-301 | Indianapolis, IN 462.. | Vickie McDonald |
| Interstate Finance Corp. the dba of Hanson's Home Finance | Jeff Becker | MI | 248-720-3202 | 616-676-0455 | 1000 Tech Row | Madison Heights, MI 48071 | Ronnie Bailey |
| J. Quinn Mortgage | Jim Blair | MI | 616-676-0719 | 248-483-5406 | 2510 NW 97 Ave, Suite 130 | Doral, FL 33172 | Darrin Elias |
| Joma Financial | Jim Blair | MI | 248-483-5407 | 877-332-9007 | 2687 North Park Dr., Suite 103 | Lafayette, CO 80026 | Darrin Edge |
| K2 Lending, Inc. | Jim Blair | CO | 866-431-1945 | 734-459-8500 | 3452 Selfinor Dr. | Holiday, FL 34691 | Julio Gonzalez |
| Key Group, Inc. | Mike Tomlanovich | MI | 734-468-1322 | 734-459-8500 | 188 N. Main Street | Plymouth, MI 48170 | Julie Smith |
| Kingdom Mortgage LLC the dba of Kingdom First LLC | Patty Malone | FL | 407-332-9006 | 407-332-9007 | 150 Cranes Roost Blvd., Suite 2230 | Altamonte Springs, FL | Maissa Seck |
| Lakewood Home Finance Inc. | Mike Tomlanovich | MI, FL | 231-348-8740 | 231-348-8740 | 501 W. Mitchell, Suite 4 | Petosky, MI 49770 | Tom Shannon |
| Lakewood Home Finance Inc. (main office) | Mike Tomlanovich | MI, FL | 269-966-4763 | 269-965-4753 | 155 Fremont St. | Battle Creek, MI 49017 | Darien Snow |
| Liberty Home Loans, Corp. | Scott Trowbridge | FL | 616-301-1445 | 616-301-1450 | 2627 E. Beltline SE, Suite 310 | Grand Rapids, MI 49546 | Christopher Hoehn |
| Liberty Alliance Mortgage Inc. | Mike Tomlanovich | CO | 305-591-0007 | 305-591-0005 | 2510 NW 97 Ave, Suite 130 | Doral, FL 33172 | |
| Lighthouse Equity Funding, LLC | Kristen Hillman | FL | 720-890-8990 | 720-890-8900 | 2687 North Park Dr., Suite 103 | Lafayette, CO 80026 | John M. Rogers |
| M & R Mortgage Services, Inc. | Patty Malone | FL | 813-433-0435 | 727-709-7560 | 3452 Selfinor Dr. | Holiday, FL 34691 | Robert Bradt |

| Company | Contact | State | Phone | Fax | Address | Name |
|---|---|---|---|---|---|---|
| Main Street USA Mortgage Inc. | Jim Blair | FL | 407-422-2120 | 407-352-3500 | 1516 E. Colonial Dr. #101, Orlando, FL 32803 | Alan Randal |
| Maksor Mortgage Group | Mike Tomlanovich | MI, IN | 866-230-3212 | 616-822-1267 | 110 Campau Circle NW, Grand Rapids, MI 49503 | Chico Olandte |
| Meridian Financial, Inc. | Mike Tomlanovich | MI | 888-867-2851 | 386-755-9000 | 383 SW Baya Dr., Suite 104, Lake City, FL 32025 | Faye Bartow |
| Mica Mortgage Corporation | Mike Tomlanovich | MI | 586-446-7787 | 586-446-7750 | 40600 Van Dyke, Suite 16, Sterling Heights, MI 48313 | Brian Trachsel |
| Millenia Financial Group, LLC | Ron Respondek | FL | 866-424-5352 | 386-755-8790 | 163 SW Midtown Pl., Suite 105, Lake City, FL 32025 | Jeremy Morris |
| MMS Mortgage Services LTD | Jim Blair | MI, OH | 248-553-6940 | 248-788-0000 | 38275 Twelve Mile Rd. # 100, Farmington Hills, MI 4833 | Pat Collins (x.175) |
| Moneyfast Lending aka Moneystar Mortgage | Ben Griffin | FL | 800-728-0306 | 407-354-5659 | 5728 Major Blvd, Suite 607, Orlando, FL 32819 | William Tryon III |
| Morquest, LLC | Ben Griffin | FL | 407-644-3234 | 407-644-2298 | 520 N. Orlando Ave., Suite 1, Winter Park, FL 32789 | Philip Buckley |
| Mortgage Concepts of FL, Inc. the dba of Conceptual Mortgages of FL, Inc. | Ben Griffin | FL | 352-861-0508 | 352-861-8288 | 17702 SW 60th Ave., Suite B, Ocala, FL 34476 | Elizabeth Bilbrey |
| Mortgage Savers, Inc. | Mike Tomlanovich | FL | 407-696-3214 | 407-688-3211 | 680 W. Fairbanks Ave, Suite 4, Winter Park, FL 32789 | Ricardo Grant |
| MortgagEase Inc. | Mike Tomlanovich | FL | 239-643-1000 | 239-643-4088 | 3361 Tamiami Trail N, Suite 411, Naples, FL 34103 | Mary Ellen Brennan |
| Mutual Mortgage Financial Corp. | Mike Tomlanovich | FL | 813-872-7970 | 813-598-2875 | 4900 West Cypress St., #775, Tampa, FL 33607 | Oscar Melendez |
| Mutual Mortgage Financial Corp (branch) | Mike Tomlanovich | FL | 813-908-0516 | 813-908-0939 | 14502 N. Dale Mabry Hwy., Suite 2-33, Tampa, FL 3361 | Julieth Fisher |
| My 1 Stop Mortgage, LLC | Jim Blair | MI | 877-233-2659 | 248-358-9088 | 26677 W 12 Mile Rd., Southfield, MI 48034 | Crystal Gunn |
| Nations Funding Co., LLC | Jeff Becker | MI | 586-775-8800 | 586-775-8800 | 28333 Jefferson, St. Clair Shores, MI 48081 | Scott Orhan |
| Nationwide Mortgage Consultants Inc. | | | 407-792-4822 | 407-896-8950 | 1801 E. Colonial Dr., Suite 101, Orlando, FL 32805 | Ryan Brogan |
| NDC Mortgage Corp. | Dawn Hurst | FL | 904-354-5638 | 904-355-6338 | 822 A Philip Randolf Blvd., Jay, FL 32206 | Nichole Gillyard |
| New Horizon Mortgage Group, LLC | | FL | 610-471-0623 | 570-722-3504 | 18 Spokane Rd, Albrightsville, PA 18210 | Tony Gonzalez |
| Nu Lending | Mike Tomlanovich | FL | 813-426-3957 | 813-385-0275 | 5007 East Parade St, Tampa, FL 33617 | Bobbie Peal |
| Oakwood Mortgage Corp. | Patty Malone | FL | 407-228-1210 | 407-228-1218 | 636 Virginia Dr, Orlando, FL 32803 | John Mansilla |
| Olympia Mortgage Trust Inc. | Mark Sanger | CO | 239-643-5654 | 239-643-5626 | 4700 Corporate Sq, Suite 135, Naples, FL 34101 | Leo Feliz |
| OPIE, Inc. | Mike Tomlanovich | FL | 303-766-0288 | 303-284-8410 | 176 S. Main St., Lakewood, CO 80226 | Orlando Poole |
| Opulent Mortgage, LLC | Jim Blair | CO | 303-228-1624 | 303-228-1611 | 7897 E. Bellevue Dr, Suite #170, Englewood, CO 80111 | Shari Jefferson |
| Orion Residential Finance, LLC | Tim Schafer | FL | 773-881-9190 | 800-791-2107 | 3001 W. 11th St., Chicago, IL 60655 | Dexter Dricki |
| Pacor Mortgage Corp. dba Pacor Home Mortgage | Jim Blair | FL | 813-868-1421 | 813-868-1420 | 601 Bayshore Blvd, Suite 850, Tampa, FL 33606 | Parrish Clark |
| Patriot Mortgage Company, Inc dba PMC Lending | Jeff Becker | FL | 407-712-6100 | 407-571-3800 | 2301 Maitland Center Parkway, Suite 460, Maitland, FL 33510 | Richard Corbasi |
| PCM Mortgage Solutions, Inc. | Tim Schafer | MI | 989-249-6975 | 989-249-6950 | 5580 State St., Suite 6, Saginaw, MI 48603 | Gregory Hoyn |
| PC-Processing & Loan Inc. | Tim Schafer | MI | 813-643-9641 | 813-654-6719 | 1104 N. Parsons Ave, Suite E, Brandon, FL 33510 | Jim Stone |
| Pinecrest Mortgage, LLC | Ben Griffin | FL | 407-822-8804 | 407-294-4500 | 1701 Park Center Drive, Orlando, FL 32835 | Shannon Swartz |
| PierPoint Mortgage, LLC | Jim Blair | MI | 231-737-9933 | 231-737-9911 | 3251 Henry St. #B, Muskegon, MI 49441 | David Ross |
| Pinecrest Mortgage, LLC | Jim Blair | MI | 248-816-2082 | 248-816-2083 | 570 Kirts Blvd., Suite 211, Troy, MI 48084 | Carl J. Ramm |
| Precisa Mortgage Funding Corp. | Mike Tomlanovich | MI | 748-835-5060 | 813-956-8300 | 2601 Camelot Ct SE, Suite M, Grand Rapids, MI 49546 | Eric Wendlandt |
| Premier Financial Workplace, LLC | Ben Griffin | FL | 775-871-0073 | 321-951-7725 | 2500 Palm Bay Rd. NE, Suite 104, Palm Bay, FL 32905 | Solomon Mitchell |
| Premier Mortgage Lending LLC | Jennifer Walling | MI | 586-803-0311 | 586-803-0800 | 42140 Van Dyke #170, Sterling Heights, MI 48314 | Julie Kotenko |
| Prestige Lending & Investment Group, Inc. | Steve Rubin | FL | 305-418-2039 | 305-418-3991 | 7500 NW 25th St., Suite 294, Miami, FL 33122 | Marina Sanchez |
| Prime Plus Mortgage Inc. | Theresa Bovonsilp | MI | 734-427-4100 | 734-427-4100 | 27832 Ford Rd., Suite 200, Garden City, MI 48135 | Andy Salama |
| Principle Mortgage LLC | Mike Tomlanovich | MI | 800-319-5331 | 616-575-9220 | 2020 Raybrook Ave SE, Suite 102, Grand Rapids, MI 4 | Gary Hall |
| Progressive Mortgages 2000 Inc. | Mike Tomlanovich | FL | 305-249-9108 | 248-848-0088 | 16921 NE 6 Ave., N Miami Beach, FL 33162 | Curt Fields |
| Ramm and Holler Financial | Jim Blair | FL | 352-624-1189 | 352-624-1179 | 2717 Hwy 44 W, Inverness, FL 34453 | Carl J. Ramm |
| Real Becker | Jeff Becker | MI, FL | 248-538-5063 | 248-626-7325 | 32750 Northwestern Hwy, Farmington Hills, MI 48334 | Judy Rotow |
| Reality Financial LLC | Jim Blair | CO | 303-655-1747 | 303-655-1746 | 14890 Hanover St., Brighton, CO 80602 | David Burke |
| Reed Stewart Mortgage Services, LLC | Mike Tomlanovich | MI | 616-863-9512 | 616-863-9511 | 7201 W. Saginaw Hwy, Suite 316, Lansing, MI 48917 | Kelli Moore |
| Reliable Mortgage Solutions, LLC | Lori Ann Ladd | MI | 248-564-3811 | 248-564-9800 | 7127 Elmhurst, West Bloomfield, MI 48322 | Steven Menken |
| Rockwell Mortgage the dba of Ron Simpson & Assoc's. | Seslee Smith | MI | 248-560-2814 | 248-560-2205 | 2810 Springfield Rd, Suite 100, Southfield, MI 48075 | Ronald Simpson |
| Rogue, Inc. | Mike Tomlanovich | MI | 248-564-4400 | 248-564-400 | 110 South Blvd. W., #200, Rochester Hills, MI 48307 | Michael Gordon |
| Royalty Investors Group, Corporation | John Curran | FL | 305-597-5566 | 305-597-5111 | 3900 NW 79 Ave., Suite 810, Miami, FL 33166 | Nelson Verona |
| Ryder Mortgage Inc dba L.A. Mortgage and Leasing | Mike Tomlanovich | MI | 248-471-0338 | 248-471-0085 | 19500 Middlebelt Rd., Suite 350W, Livonia, MI 48152 | Michael Haughan |
| Security Mortgage Corp dba Barron & Assoc. | Mike Tomlanovich | MI | 248-848-0955 | 248-848-0999 | 34705 W. 12 Mile Rd., Suite 327, Farmington Hills, MI 4 | Howard Barron |
| SI Mortgage Company dba Sistar Mortgage Company | Patty Malone | FL, CO | 586-262-0156 | 888841423B | 11650 Oro Rd., Shelby Twp., MI 48315 | Rajeev Gandhi |
| Smooth Capital Mortgage, Inc. | | FL | 407-869-4143 | 407-869-9191 | 407 Wekiva Springs Rd., Suite 241, Longwood, FL 327 | Justin Time |
| Source One Mortgage | | MI | 248-536-0225 | 248-536-0224 | 33604 W. Eight Mile Rd., Farmington, MI 48335 | Dan Wicker |
| Source One Mortgage Corp. dba Home Mortgage and Loan Corporation | Mike Tomlanovich | MI, FL | 586-922-9244 | 586-992-1234 | 8155 Amesbury, Suite 101 & 102, Shelby Twp., MI 4831 | George Ghanam |
| Star Mortgage Incorporated | Jeff Becker | IN | 812-858-5495 | 812-858-5455 | 8968 Ruffian Lane, Newburgh, IN 47630 | A. Joseph Salpietra |

| Strategic Lenders | | | | | | |
|---|---|---|---|---|---|---|
| Superior Mortgage Group, LLC | Mike Tomianovich | MI | 734-521-0200 | 734-521-0200 | 37455 Schoolcraft, Livonia, MI 48150 | Joseph Defigauw |
| The Cambridge Financial Group LLC | Steve Rubin | FL, CO | 813-920-6874 | 888-843-5964 | 4919 Memorial Highway, Suite 200, Tampa, FL 33634 | Gloria Trefeld |
| The Home Mortgage Pros LLC | Mike Tomianovich | MI | 928-223-9170 | 517-285-3821 | 2432 Hedigham, Wixom, MI 48393 | Scott Bale |
| The Leader & Associates, LLC | Mike Tomianovich | MI, FL, IN | 616-235-8600 | 616-235-8800 | 77 Monroe Center NW, Suite 404, Grand Rapids, MI 49... | Michael Rocque |
| The Leader & Associates, LLC | Mike Tomianovich | MI | 248-471-1092 | 248-471-1092 | 20793 Farmington Rd, #15, Farmington Hills, MI 48336 | Sami Daher |
| The Mortgage Force, Inc. | Steve Rubin | MI | 586-979-3646 | 586-817-1644 | 37177 Mound Rd, Sterling Heights, MI 48310 | Sami Daher |
| The Mortgage Force, Inc. (branch) | Steve Rubin | FL | 305-668-5030 | 305-668-5030 | 1550 S. Dixie Hwy, Suite 216, Coral Gables, FL 33146 | Scott Hodson |
| The Premiere Mortgage Corp. | Mike Tomianovich | MI | 386-947-9877 | 386-947-9877 | 236 N. Fredrick Ave., Daytona Beach, FL 32114 | Scott Hodson |
| The Prime Financial Group, Inc. | Jeff Becker | MI, FL, IN, CO | 248-644-5551 | 810-220-0300 | 218 E. Grand River, Brighton, MI 48116 | Beverly Smith |
| The Wison Group, LLC | Jim Blair | FL | 321-236-6100 | 248-644-5550 | 3886 Cleveland Ave., Suite 1601, Bingham Farms, MI 4... | Mary Niffin |
| Titan Mortgage Solutions, Inc. | Jeff Becker | FL | 407-656-2655 | 407-905-4648 | 739 N. Midland Dr, Deltona, FL 32725 | Maurice Wilson |
| | | | | | 14650 W. Colonial Dr., Winter Garden, FL 34787 | Aaron Rieck |
| Top File Financial, Inc. | Mike Tomianovich | MI, FL, IN | 517-655-4977 | 517-655-2140 | 122 E. Grand River Ave., Williamston, MI 48895 | Timothy Baleo |
| Total Lending Solutions | Ron Respondek | FL | 954-434-0583 | 954-658-7131 | 6104 SW 192 Ave., Fort Lauderdale, FL 33332 | Tyomin Dariucea |
| Trans Atlantic Lending Group, LLC | Mike Tomianovich | FL | 561-416-7270 | 561-394-0124 | 2424 N. Federal Hwy, #401, Boca Raton, FL 33431 | Kathleen Tomasso |
| Tri Star Mortgage, LLC | Jim Blair | FL | 239-333-1901 | 239-333-1900 | 12135 S. Cleveland Ave, Ft. Myers, FL 33907 | Baltzar Sarabia |
| Trust Mortgage Group, Inc. | Jim Blair | FL | 407-482-9198 | 407-482-9199 | 1601 N. Goldenrod Rd, #2, Orlando, FL 32807 | Jose' Casals |
| Twin Tower Mortgage, Inc. | Jennifer Walling | OH | 937-292-7965 | 937-292-7963 | 1102 Carlisle Ave., Bellefontaine, OH 43311 | Judy Besancany |
| Unbound Mortgage Corp. | Mike Tomianovich | MI | 231-789-2616 | 407-328-0815 | 2015 S. Maple Ave., Sanford, FL 32771 | John Lowe/ Jacob Lockington |
| United Financial Mortgage Services dba of Rivertrust Mortgage Incorporated | Mike Tomianovich | MI | 231-789-2606 | 407-328-0348 | 6207 Harvey St., Suite B, Muskegon, MI 49444 | Rob Garrison |
| Universal Trust Mortgage Corp. | Ben Griffin | FL | 407-931-1924 | 407-931-2008 | 2710 N. Orange Blossom Tr., Suite 202, Kissimmee, FL... | Cameron Chapin |
| Upperdeck Management | Steve Rubin | FL | 941-207-2276 | 941-207-2270 | 385 Commercial Ct., Bldg 1, Suite A, Venice, OH 34... | Chris Wilson |
| US Financial Group of Ohio, LLC | Mike Tomianovich | OH | 614-899-6636 | 614-899-6444 | 5886 Commercial Ave., Columbus, OH 43231 | Jon Spangler |
| USA Mortgage Corp. t/ha dba of USA South Mortgage Corp. | Steve Rubin | FL | 941-951-0487 | 941-952-5808 | 216 N. East Ave., Sarasota, FL | Michael Edelstein |
| Vision Financial Consultants LLC | Ron Respondek | FL | 206-203-3707 | 786-443-3707 | 2036 NE 8th St. Homestead, FL 33033 | Christopher Mendoza |
| Watertown Financial Group, Inc. | Jim Blair | MI | 517-626-2511 | 517-626-2500 | 7285 W. Grand River, Lansing, MI 48906 | Cameron Chapin |
| Watson & Co. LLC | Jim Blair | CO | 407-650-3048 | 321-377-2185 | 14149 Portrush Dr., Orlando, FL 32828 | Clyde Walton |
| Westex Financial, Inc. | Mike Tomianovich | MI | 303-292-4843 | 303-295-0048 | 1001 E. 26th Ave., Denver, CO 80205 | Al Sterman |
| Whelan Inc. | Jim Blair | CO | 303-524-1387 | 303-524-1256 | 6642 Fox Den Dr., Littleton, CO 80125 | Michael Whelan |
| Wills Howard | Jim Blair | CO | 303-225-7671 | 303-287-8714 | 6950 Blue Mesa Ln., Littleton, CO 80125 | Lisa Willis |
| Wisco Funding LLC | Mike Tomianovich | CO | 734-421-0946 | 303-758-8200 | 4155 E. Jewell Ave. # 103, Denver, CO 80222 | Jeremy Cormican |
| Wolverine Finance & Mortgage Services, Inc. | Jim Blair | MI | 734-421-5347 | 239-939-5709 | 1735 Belton, Garden City, MI 48135 | Greg Grube |
| World Trust Lending, Inc. | Jim Blair | FL | 239-939-6126 | 239-939-5709 | 3660 Central Ave., Suite 1, Fort Myers, FL 33901 | Darrell Allison |
| Your Lender For Life P.C. | Mike Tomianovich | MI | 248-799-9691 | 248-799-9690 | 19765 W. 12 Mile Rd. # 146, Southfield, MI 48076 | Antonio Stokes |

# EXHIBIT C

REDACTED – ATTORNEY-CLIENT PRIVILEGED MATERIAL

-----Original Message-----
From: epd.repurchases@db.com [mailto:epd.repurchases@db.com]
Sent: Monday, April 16, 2007 4:43 PM
To: jtomlanovich@cmldirect.com; jsanger@cmldirect.com; Greg Drury; Jim
Wickham; jimmy.yan@db.com
Cc: terry.nordell@db.com
Subject: LENDER LTD. - EPD Seller Notification

To: John Tomlanovich

Attached are EPDs for your review.
A total of 8 loans for this month.

Please check to ensure borrowers did not send any payments to you as
misdirected payments are the main reason for many EPDs.
I also included pay history and loan comments to help you with your
review.
After your review, please call me to discuss some solution in resolving
this matter.
I would like some type of resolution on the loans with status of
"Putback Notice".
As a reminder, you can also request a Scratch and Dent Bid as an
alternative to resolving the EPDs.

Let me know if you need additional information or if you want to set up
a conference call to discuss loans in detail.

Thank you.

Jimmy Yan
Deutsche Bank Securities Inc.

Page 1

**Date: 7/10/2007 3:40:38 PM**
**Subject: FW: LENDER LTD. - EPD Seller Notification**
**From: "Howard Nathan" <hnathan@lenderltd.com>**
**Recipients: kaufman@kaufmankahn.com**
**Attachments:**
**1) servicerloans.xls (7 KB) - Microsoft Excel Worksheet**


60 Wall Street, 18th Floor
New York, NY 10005
P: (212) 250-2945
F: (646) 259-3274
Email:  jimmy.yan@db.com

| DB ID | Servicer ID | Seller ID | Status Type |
|-------|-------------|-----------|-------------|
| 112433741 | 1158053454 | 1000010037 | Putback Notice - Delinq |
| 112433777 | 359310852 | 1000010047 | Putback Notice - Delinq |
| 112737682 | 20125662 | 1000014431 | Putback Notice - Delinq |
| 112738412 | 20125670 | 1000014448 | Putback Notice - Delinq |
| 112917812 | 20152526 | 1000016598 | Make Whole |
| 112828074 | 20143293 | 1000015390 | Putback Notice - Delinq |
| 112917815 | 20152534 | 1000016599 | Putback Notice - Delinq |
| 113432031 | 20230355 | 1000023159 | Putback Notice - Delinq |

| Name | Address | City |
|------|---------|------|
| RAYMOND, MARADITH | 8543 HEYDEN ST | DETROIT |
| RAYMOND, MARADITH | 8543 HEYDEN ST | DETROIT |
| WELLS, MELISSA | 5816 MANCHESTER HILLS DR | GRAND RAPIDS |
| WELLS, MELISSA | 5816 MANCHESTER HILLS DR | GRAND RAPIDS |
| SALAAM, MALIK | 901 PEACH BLOSSOM CT | ROCHESTER HILLS |
| CORSI, ROBERT | 608 WELLS STREET | IRON MOUNTAIN |
| SALAAM, MALIK | 901 PEACH BLOSSOM CT | ROCHESTER HILLS |
| MILLER, JOSEPH | 2983 COPPERGROVE DRIVE NE | GRAND RAPIDS |

| State | Zipcode | Initial Disc | UPB Initial |
|---|---|---|---|
| MI | 48228 | 12-OCT-2006 | 75965 |
| MI | 48228 | 12-OCT-2006 | 18996 |
| MI | 49546 | 06-NOV-2006 | 588000 |
| MI | 49546 | 06-NOV-2006 | 147000 |
| MI | 48306 | 01-JAN-2007 | 427825 |
| MI | 49801 | 01-JAN-2007 | 70179 |
| MI | 48306 | 01-JAN-2007 | 106965 |
| MI | 49525 | 08-FEB-2007 | 374759 |

| DD Initial | UPB | Next Due Date | Last Paid Date |
|---|---|---|---|
| 01-SEP-2006 | 75819.79 | 01-JAN-2007 | 12-JAN-2007 |
| 01-SEP-2006 | 18977.7 | 01-JAN-2007 | 29-DEC-2006 |
| 01-SEP-2006 | 588000 | 01-SEP-2006 | |
| 01-SEP-2006 | 147000 | 01-SEP-2006 | |
| 01-NOV-2006 | 427825.28 | 01-NOV-2006 | 06-OCT-2006 |
| 01-OCT-2006 | 70116.16 | 01-JAN-2007 | 29-MAR-2007 |
| 01-NOV-2006 | 106964.85 | 01-NOV-2006 | 06-OCT-2006 |
| 01-DEC-2006 | 374758.86 | 01-DEC-2006 | |

# EXHIBIT D

DLC Closed Loan Production

Case 1:07-cv-04119-OLC    Document 175    Filed 08/23/2007    Page 22 of 28



CM, Closed Loan Production

1/10/06 - 1/17/2007

2 of 4

1/17/2007





CRL Guard Last Protection

w/2006, 1/17/2007

4 of 4

1/17/2007

# EXHIBIT E

REDACTED – ATTORNEY-CLIENT PRIVILEGED MATERIAL

**From:** Jonathan Tomlanovich [mailto:jtomlanovich@cmldirect.com]
**Sent:** Tuesday, January 16, 2007 10:12 AM
**To:** Greg Drury
**Subject:** RE: assignment and assumption agreement

No problem.  Please send back an original copy once executed.  Thanks.

With appreciation,

Jonathan T. Tomlanovich
*Creative Mortgage Lending*
26555 Evergreen Rd., Suite 810
Southfield, MI 48076
O: 248.358.8700 x 23
F: 866.860.4267
jtomlanovich@cmldirect.com
www.cmldirect.com

-----Original Message-----
**From:** Greg Drury [mailto:GDRURY@lenderltd.com]
**Sent:** Tuesday, January 16, 2007 9:38 AM
**To:** Jonathan Tomlanovich
**Subject:** RE: assignment and assumption agreement

Yes, please send 3

**From:** Jonathan Tomlanovich [mailto:jtomlanovich@cmldirect.com]
**Sent:** Tuesday, January 16, 2007 9:36 AM
**To:** Greg Drury
**Subject:** RE: assignment and assumption agreement

I will overnight those to you today.  CML will also need an original signed copy.  Should I send you 3 so you can return a signed copy back to us?  Please also provide Lender's address.  Thanks.

With appreciation,

**Jonathan T. Tomlanovich**
*Creative Mortgage Lending*
26555 Evergreen Rd., Suite 810
Southfield, MI 48076
O: 248.358.8700 x 23
F: 866.860.4267
jtomlanovich@cmldirect.com
www.cmldirect.com

> -----Original Message-----
> **From:** Greg Drury [mailto:GDRURY@lenderltd.com]
> **Sent:** Tuesday, January 16, 2007 9:14 AM
> **To:** Jonathan Tomlanovich
> **Subject:** RE: assignment and assumption agreement
>
> Hi John,
>
> I will need 2 original executed agreements and I can finish the process.
>
> Greg

**From:** Jonathan Tomlanovich [mailto:jtomlanovich@cmldirect.com]
**Sent:** Monday, January 15, 2007 10:27 AM
**To:** Greg Drury
**Subject:** RE: assignment and assumption agreement

Here is a complete list of all the brokers we are currently working with.  Those that were approved while operating as Lender Ltd dba Creative Mortgage Lending are not included separately but are mixed in.

With appreciation,

**Jonathan T. Tomlanovich**
*Creative Mortgage Lending*
26555 Evergreen Rd., Suite 810
Southfield, MI 48076
O: 248.358.8700 x 23
F: 866.860.4267
jtomlanovich@cmldirect.com
www.cmldirect.com

> -----Original Message-----
> **From:** Greg Drury [mailto:GDRURY@lenderltd.com]
> **Sent:** Friday, January 12, 2007 9:13 AM
> **To:** Jonathan Tomlanovich
> **Cc:** Lori Ann Ladd
> **Subject:** RE: assignment and assumption agreement
>
> I will need a list of your brokers in excel with the following:

Broker name
Address
Principal (owner, president, etc.)
Phone
Fax

I can run the closed loan report and attach a Copy of that.

---

**From:** Jonathan Tomlanovich [mailto:jtomlanovich@cmldirect.com]
**Sent:** Thursday, January 11, 2007 11:00 AM
**To:** Greg Drury
**Cc:** 'Lori Ann Ladd'
**Subject:** RE: assignment and assumption agreement

Greg,

I don't have a list of brokers that were approved while with Lender (our database is not configured in a way that allows me to pull that info.) and our database that holds all of our files while Lender Ltd. dba Creative Mortgage Lending is Mortgage Builder.

1.) Can you please refer to the reports in MB in order to get a complete list of loans that were closed under Lender Ltd. dba Creative Mortgage Lending?

2.) Can you please refer to the original copies of all the Lender Ltd dba Creative Mortgage Lending broker agreements that are being held in your office in order to complete this list?

3.) Do you want us to execute the amended assignment and assumption agreement and send it back to you?

Please let me know.  Thanks.

With appreciation,

**Jonathan T. Tomlanovich**
*Creative Mortgage Lending*
26555 Evergreen Rd., Suite 810
Southfield, MI 48076
O: 248.358.8700 x 23
F: 866.860.4267
jtomlanovich@cmldirect.com
www.cmldirect.com

-----Original Message-----
**From:** Greg Drury [mailto:GDRURY@lenderltd.com]
**Sent:** Friday, January 05, 2007 4:31 PM
**To:** Jonathan Tomlanovich
**Subject:** FW: assignment and assumption agreement