INDEX # : 07 CIV 4119 (DC)
Date Filed: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF** _____
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: MARK S. KAUFMAN KAUFMAN & KAHN, LL   PH: 212-293-5556
Address: 747 THIRD AVENUE, 32ND FLR NEW YORK, NY 10017-9998   File No.: _____

DB STRUCTURED PRODUCTS INC.

*Plaintiff(s)/Petitioner(s)*

vs

LENDER LTD.

*Defendant(s)/Respondent(s)*

STATE OF _Michigan_, COUNTY OF _Oakland_ SS.:   **AFFIDAVIT OF SERVICE**

_Shelli Feinberg_, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On _Aug 29, 2007_ at _11:51 am_
at _%PLUNKETT & COONEY, 38505 WOODWARD AVE, BLOOMFIELD HILLS, MI 48304_, deponent served the within
Third Party Summons and Third Party Complaint

on: _CML DIRECT INC. D/B/A CREATIVE MORTGAGE LENDING_, 3RD PARTY DEFENDANT therein named.

#1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]   By delivering thereat a true copy of each to _Laura Porter of Plunkett Cooney_ and that deponent knew the person so served to be the _authorized to accept_ of the corporation, and authorized to accept service on behalf of the corporation. _on behalf of Randall Hall_

#3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____
on the ___ day of _____ at _____

#5 MAIL COPY   On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____.

#6 NON-SRVC   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

#7 DESCRIPTION (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _F_   Color of skin: _Black_   Color of hair: _Black_   Age: _30_   Height: _5'5_
Weight: _125_   Other Features: _glasses_

#8 WIT. FEES   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#10 OTHER   _____

Sworn to before me on _9/5/07_

_Shelli Feinberg_
Please Print Name Below Signature
_Shelli Feinberg_

Invoice_Work Order # 07022382

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*