```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,          :

              Plaintiff,               :

       -against-                       :
                                                      ORDER
MORTGAGE CORP. OF AMERICA, INC.,       :       07 Civ. 4106 (DLC)(KNF)
d/b/a/ ZONE FUNDING,
                                       :
              Defendant.
---------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :

              Plaintiff,               :

       -against-                       :
                                               07 Civ. 4109  (DLC)(KNF)
BALTIMORE AMERICA MORTGAGE CORP.,      :
INC.,
                                       :
              Defendant.
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,          :

              Plaintiff,               :

       -against-                       :
                                               07 Civ. 4115 (DLC)(KNF)
FIRST CAPITAL MORTGAGE CORP.,          :

              Defendant.               :
-----------------------------------------------------------
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # _____ DATE FILED 09/26/07]

```
----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

          -against-                        :
                                                    07 Civ. 4116 (DLC)(KNF)
PRAJNA GROUP, INC. d/b/a LIBERTY           :
MORTGAGE FUNDING,
                                           :
                    Defendant.
---------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

          -against-                        :
                                                    07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                         :

                    Defendant.             :
----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

          -against-                        :
                                                    07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,          :

                    Defendant.             :
----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                    Plaintiff,             :

          -against-                        :
                                                    07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                              :
                    Defendant.             :
----------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

           -against-                      :
                                             07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTGAGE, LLC,                  :

                Defendant.                :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

           -against-                      :
                                             07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTGAGE BANKERS, LLC,          :

                Defendant.                :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

           -against-                      :
                                             07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,           :
INC.,
                Defendant.                :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,             :

                Plaintiff,                :

           -against-                      :
                                             07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                    :

                Defendant.                :
------------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                Plaintiff,                  :

        -against-                           :
                                                    07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.               :

                Defendant.                  :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                Plaintiff,                  :

        -against-                           :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FIN. NETWORK, INC.,           :

                Defendant.                  :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,               :

                Plaintiff,                  :

        -against-                           :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,               :

                Defendant.                  :
------------------------------------------------------------ X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1)   settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New York, New York, with the plaintiff, and the following defendants, on the dates identified below:

-4-

    A. First Capital Mortgage Corp.
       November 12, 2007, at 10:30 a.m.,

    B. Bayrock Mortgage Corp.
       November 12, 2007, at 2:30 p.m.,

    C. Baltimore America Mortgage Corp.
       November 13, 2007, at 10:30 a.m.,

    D. Lender Ltd.
       November 13, 2007, at 2:30 p.m.,

    E. Cameron Financial Group, Inc.
       November 15, 2007, at 10:30 a.m.,

    F. Prajna Group, Inc.
       (d/b/a Liberty Mortgage Funding)
       November 15, 2007, at 3:00 p.m.,

    G. Transnational Financial Network, Inc.
       December 4, 2007, at 2:30 p.m.,

    H. Great Northern Financial Group, Inc.
       December 5, 2007, at 10:30 a.m.,

    I. Maribella Mortgage, LLC
       February 4, 2008, at 10:30 a.m.,

    J. Lancaster Mortgage Bankers, LLC
       February 5, 2008, at 10:30 a.m.; and

(2)    the parties shall review the Settlement Procedures under which the conferences will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the respective settlement conference dates, the appropriate parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should any of the above-noted parties resolve their litigation prior to the settlement conference, those parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       September 26, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE