018-7111/929498

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,  :      07 Civ. 4119 (DC)
                                                              ECF case
    Plaintiff,                                      :

    – against –                                    :

LENDER LTD.,                                   :      RULE 7.1 STATEMENT

    Defendant/Third-Party Plaintiff,  :

    – against –                                    :

CML DIRECT, INC. d/b/a CREATIVE  :
MORTGAGE LENDING,
                                                     :
    Third-Party Defendant.
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for third-party defendant CML Direct, Inc., a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Dated: New York, NY
         October 12, 2007

LESTER SCHWAB KATZ & DWYER, LLP
120 Broadway
New York, NY 10271
212 964-6611
Attorneys for Third-Party Defendant
CML DIRECT, INC..

s/ _____
Dennis M. Rothman (dr-0384)