**LESTER SCHWAB KATZ & DWYER, LLP**
120 BROADWAY
NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**DENNIS M. ROTHMAN**
Writer's Direct Dial: (212) 341-4343
E-Mail: drothman@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

November 6, 2007



By hand

Hon. Kevin N. Fox
United States District Court
500 Pearl Street
New York, NY 10007

Re: DB Structured Products, Inc. v. Lender, Ltd., v. CML Direct, Inc., 07 CV 4119 (DLC)

Dear Judge Fox:

I represent third-party defendant CML Direct, Inc. I ask that the settlement conference set for November 13 at 2:30 be adjourned for approximately thirty days, to a date convenient to the court. The reason for the request is that we have only recently appeared, having filed our answer on October 12, and believe that a settlement conference will not be fruitful until we have gotten more information about the claims. Attending the conference means that two client representatives, one from defendant and one from third-party defendant, must travel to New York City from Michigan for a conference that will be less productive now than one month from now.

I have spoken with Mark Kaufman, counsel for Lender, Ltd., who consents to this request. I tried to reach plaintiff's counsel Brendan Zahner, John Doherty, Kerry Cunningham and Richard Hans by telephone, but was unsuccessful. I have left a message with their firm, and will report their response to this request as soon as I have received it.

11/13/07
Application granted.
The settlement conference will be
held on December 10, 2007, at
2:30 p.m.   SO ORDERED:
          /s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

Dennis M. Rothman

Dennis M. Rothman
/mh

cc (by e-mail):

Mark S. Kaufman, Esq.
Brendan E. Zahner, Esq.
John P. Doherty, Esq.
Richard F. Hans, Jr., Esq.
941670/018-7111