

# Thacher Proffitt

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
jdoherty@tpw.com
Admitted in NY

**MEMO ENDORSED**

RECEIVED DEC 11 2007 CHAMBERS KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE

December 11, 2007

VIA FACSIMILE

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Mediation: *DB Structured Products, Inc. v. Lender Ltd.*
Case Number: 07 CV 4119 (DLC) (KNF)
Mediation Date: December 11, 2007 at 2:30 p.m.

Dear Judge Fox,

We represent Plaintiff DB Structured Products, Inc. in the above-referenced matter and write, with the consent of all parties, to request an adjournment of today's mediation.

Presently, we are scheduled to attend a settlement conference before Your Honor this afternoon at 2:30 p.m. We communicated with counsel for both Defendant Lender Ltd. and Third-Party Defendant CML Direct, Inc. yesterday afternoon, and have confirmed that the parties to this matter are still in the process of exchanging documents and information necessary to the discussion of any options for settlement of this matter. In order to ensure that relevant documents and information have been received and reviewed by the parties prior to appearing before Your Honor, and so as to make the best use of Your Honor's time, we request an adjournment of this conference. We ask that this settlement conference be rescheduled for late January, in which case we will coordinate with your Chambers to obtain a specific date.

Please contact me if you have any questions.

Respectfully submitted,

John P. Doherty /by JSK

John P. Doherty, Esq.

*Handwritten endorsement:*
12/11/07
Application granted. The parties shall confer and, thereafter, submit to the Court three dates on which all parties are available in January, for a Settlement conference. The submission must be received by the Court on or before December 18, 2007. SO ORDERED.
Kevin Nathaniel Fox, U.S.M.J.

New York, NY    Washington, DC    White Plains, NY    Summit, NJ    México City, México

Hon. Kevin Nathaniel Fox                                                                                   Page 2
December 11, 2007

cc (via facsimile):

Mark S. Kaufman, Esq.
Kaufman & Kahn, LLP
*Attorneys for Defendant Lender Ltd.*
747 Third Avenue, 32nd Floor
New York, New York 10017
Phone: (212) 293-5556
Fax: (212) 355-5009

Dennis M. Rothman, Esq.
Lester Schwab Katz & Dwyer, LLP
*Attorneys for Third-Party Defendant CML Direct, Inc.*
120 Broadway
New York, NY 10271
Phone: (212) 964-6611
Fax: (212) 267-5916