# Thacher Proffitt

**MEMO ENDORSED**

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
jdoherty@tpw.com
Admitted in NY



December 14, 2007

VIA FACSIMILE

Hon. Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007



Mediation: *DB Structured Products, Inc. v Lender Ltd.*
Case Number: 07 CV 4119 (DLC) (KNF)

Dear Judge Fox,

We represent Plaintiff DB Structured Products, Inc. in the above-referenced matter. We write to propose a new date for the settlement conference previously scheduled for December 11, 2007, as required by Your Honor's endorsement granting the request for an adjournment by the parties to this matter. We have communicated with counsel for Defendant Lender Ltd. and Third-Party Defendant CML Direct, Inc., and after speaking with Your Honor's Clerk yesterday, we propose the afternoon of January 29, 2008 as the date for the rescheduled settlement conference.

Please contact me if you have any questions.

12/17/07
A settlement conference shall be held for the parties on January 29, 2008, at 2:30 p.m.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

John P. Doherty, Esq.

New York, NY    Washington, DC    White Plains, NY    Summit, NJ    México City, México

DEC-14-2007 15:47 From: To:212 805 6712 P.3/3

Hon. Kevin Nathaniel Fox                                                                                          Page 2
December 14, 2007

cc (via facsimile):

    Mark S. Kaufman, Esq.
    Kaufman & Kahn, LLP
    *Attorneys for Defendant Lender Ltd.*
    747 Third Avenue, 32nd Floor
    New York, New York 10017
    Phone: (212) 293-5556
    Fax: (212) 355-5009

    Dennis M. Rothman, Esq.
    Lester Schwab Katz & Dwyer, LLP
    *Attorneys for Third-Party Defendant CML Direct, Inc.*
    120 Broadway
    New York, NY 10271
    Phone: (212) 964-6611
    Fax: (212) 267-5916