018-7111/992449

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,          :          07 Civ. 4119 (DCL)(KNF)
                                                            ECF case
      Plaintiff,                            :

      – against –                          :

LENDER LTD.,                                    :          DECLARATION OF JOHN
                                                            SANGER IN SUPPORT OF
      Defendant/Third-Party Plaintiff,     :          SUMMARY JUDGMENT
                                                            DISMISSING THE THIRD-
      – against –                          :          PARTY ACTION

CML DIRECT, INC. d/b/a CREATIVE         :
MORTGAGE LENDING,
                                                :
      Third-Party Defendant.
-------------------------------------------------------X

John Sanger declares:

      1.  I am co-chief executive officer of third-party defendant CML Direct, Inc.

("CML Direct").  I make this declaration on personal knowledge.

      2.  CML  Direct, which does business under the trade name "Creative Mortgage

lending", is a Michigan corporation having its offices at 26555 Evergreen Rd., Suite 810,

Southfield, Michigan 48076.  State of Michigan Corporation Division entry, Exhibit A.  CML

Direct has no other office location.

      3.  CML Direct is licensed as a mortgage banker in Michigan, and is licensed to

lend in Florida, Indiana, Michigan and South Carolina.  CML Direct has never been licensed to

lend or do any business in any other states.

4.  CML Direct is not registered, and has never applied to be registered, with the New York Department of State or the New York Department of Banking.

5.  CML Direct does not lend in New York, and has never made loans in New York.

6.  CML Direct does no business in New York.  CML Direct has never done business in New York.

7.  CML Direct has no employees in New York.  CML Direct has never had employees in New York.

8.  CML Direct derives no revenue from business done with customers in New York.

9.  CML Direct does not have a New York telephone number or a New York telephone directory listing.

10. CML neither owns nor leases real or personal property in New York.

11. The agreement over which third-party plaintiff Lender Ltd. sues CML direct, the Assignment and Assumption Agreement of January 16, 2007, was negotiated and signed in Michigan.  New York has no relationship whatever to that agreement, its negotiation or its execution..

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2008, at Southfield, Michigan.

John Sanger

2

# Exhibit A




Michigan.gov Home          DLEG | Sitemap | Contact | Online Services | Agencies          Search    GO

## CORPORATE ENTITY DETAILS

Searched for: CMLDIRECT INC.

**ID Num:** 36300A

**Entity Name:** CMLDIRECT INC.

**Type of Entity:** Domestic Profit Corporation

**Resident Agent:** JOHN M SANGER

**Registered Office Address:** 26555 EVERGREEN  STE 810SOUTHFIELD  MI  48076

**Mailing Address:**  MI

**Formed Under Act Number(s):** 284-1972

**Incorporation/Qualification Date:** 2-10-2000

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 10,000

**Year of Most Recent Annual Report:** 07

**Year of Most Recent Annual Report With Officers & Directors:** 02

**Status:** ACTIVE    **Date:** Present

| Assumed Names |

| View Document Images |

---

Return to Search Results                    New Search

Michigan.gov Home   |   DLEG  |  Contact  |  State Web Sites | Site Map
Privacy Policy  |  Link Policy  |  Accessibility Policy  |  Security Policy
Copyright © 2001-2008 State of Michigan

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 4119**

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC. | |
| Plaintiff, | Civ. No. |
| -against- | |
| LENDER LTD. | **COMPLAINT**  MAY 2 5 2007 |
| Defendant. | |

Plaintiff DB Structured Products, Inc. ("DBSP" or "Plaintiff"), by its attorneys, Thacher

Proffitt & Wood LLP, for its complaint against defendant Lender Ltd. ("Defendant") (Plaintiff

and Defendant, collectively, the "Parties") alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over all claims based on diversity of citizenship

pursuant to 28 U.S.C. § 1332(a).   The amount in controversy exceeds $75,000, exclusive of

interest and costs.

2.    Venue is proper pursuant to 28 U.S.C. § 1391(a).

## THE PARTIES

3.    Plaintiff DBSP is a corporation organized and existing under the laws of the State

of Delaware.  DBSP maintains its principal place of business at 60 Wall Street, New York, New

York.

4.    Upon information and belief, Defendant is a corporation organized and existing

under the laws of the State of Michigan and maintains its principal place of business at 7789 E.

M-36, Whitmore Lake, MI.

## FACTUAL ALLEGATIONS

### The Seller Loan Purchase Purchase Agreement

5.    On or about March 10, 2006, DBSP and Defendant entered into a Seller Loan Purchase Agreement (the "Purchase Agreement"). A copy of the Purchase Agreement is attached hereto as Exhibit 1. Exhibit 1 is hereby incorporated herein as if fully set forth.

6.    As set forth in Section 13 of the Purchase Agreement, the Parties agreed that the Purchase Agreement "shall be governed by, and construed and enforced in accordance with, the laws of the State of New York in effect at the time of execution hereof and applicable to agreements executed and performed in New York, without giving effect to conflict of laws principles thereof."

7.    As set forth in Section 13 of the Purchase Agreement, Defendant consented to DBSP bringing any action relating to the Purchase Agreement in the United States District Court for the Southern District of New York and consented to the jurisdiction of this Court.

### Defendant's Failure to Repurchase
### Loans With Early Payment Defaults From DBSP

8.    Pursuant to the Purchase Agreement, Defendant from time to time offered to sell and DBSP agreed to purchase certain mortgage loans ("Mortgage Loans") in accordance with the terms of the Purchase Agreement and the Deutsche Bank Correspondent Lending Seller Guide (the "Seller Guide").

9.    Pursuant to Section 9 of the Purchase Agreement and Volume 1 of the Seller Guide, Defendant agreed to repurchase any Mortgage Loan in early payment default, as described in the Purchase Agreement and the Seller Guide.

2

10.     Pursuant to the Purchase Agreement and the Seller Guide, DBSP may, in its sole discretion, determine that a Mortgage Loan is in early payment default and thus subject to the repurchase obligation.

11.     Certain of the Mortgage Loans experienced early payment or early delinquency defaults, as described in the Seller Guide (hereinafter, such Mortgage Loans shall be collectively referred to as "Early Payment Default Loans"). Attached as Exhibit 2 is a schedule of the Early Payment Default Loans, which is hereby incorporated herein as if fully set forth.

12.     Accordingly, pursuant to Section 9 of the Purchase Agreement and Volume 1 of the Seller Guide, Defendant is obligated to remit to DBSP the Repurchase Price (as defined in the Seller Guide) with respect to each Early Payment Default Loan.

13.     On April 26, 2007, DBSP issued a demand to Defendant to repurchase the Early Payment Default Loans on or before May 10, 2007 (the "Demand Letter"). Attached as Exhibit 3 is a copy of the Demand Letter, which is hereby incorporated herein as if fully set forth.

14.     In addition, prior to DBSP's issuance of the Demand Letter, DBSP also notified Defendant via one or more emails and/or other communications that certain Mortgage Loans, including the Early Payment Default Loans, were in early payment default status. In addition to the Demand Letter, these email notifications separately triggered Defendant's obligations to repurchase such Early Payment Default Loans, pursuant to the Purchase Agreement and the Seller Guide.

15.     To date, Defendant has failed to repurchase the Early Payment Default Loans, or otherwise compensate DBSP, notwithstanding its clear contractual obligation to do so.

16.     The aggregate Repurchase Price for the Early Payment Default Loans, excluding attorneys' fees and other costs and expenses, exceeds $1.99 million.

3

17.    DBSP has performed all of its obligations under the Purchase Agreement and the Seller Guide.

18.    As a result of Defendant's failure to repurchase the Early Payment Default Loans, DBSP is required to maintain possession and maintenance of the Early Payment Default Loans, and may be exposed to any claims or losses that might be sustained by reason of ownership of each such loan.  Moreover, because the Early Payment Default Loans are in default, DBSP is unable to include certain of the Early Payment Default Loans in securitizations or other packages, a specific purpose, known to Defendant, for which DBSP purchased the Early Payment Default Loans.  Accordingly, DBSP's harm is not solely monetary and cannot be adequately compensated by damages.

**Indemnification**

19.    Pursuant to Section 5 of the Purchase Agreement, Defendant agreed to indemnify, defend and forever hold harmless DBSP, from and against any and all liabilities, loss, injury or damages, judgments, claims, demands, actions or proceedings, together with all reasonable costs and expenses relating thereto (including but not limited to attorneys' fees) by whomever asserted, relating to Defendant's breach of a representation, warranty, covenant, agreement or obligation of Defendant under the Purchase Agreement.

20.    Pursuant to the Seller Guide, Defendant agreed to indemnify and hold harmless DBSP from all losses, damages, penalties, fines, forfeitures, court costs and attorneys' fees, judgments, and any other costs, fees and expenses resulting from any breach of any warranty, obligation or representation under the Purchase Agreement.

21.    Defendant has breached the representations and warranties in Section 9 of the Purchase Agreement and in the Seller Guide that Defendant would repurchase the Early Payment Default Loans from DBSP.  As a result, Defendant owes DBSP indemnification for all liabilities,

4

loss, injury or damage, penalties, fines, forfeitures, judgments, damages, claims, demands, actions or proceedings, together with all reasonable costs and expenses relating thereto (including but not limited to attorneys' fees) that DBSP may sustain.

22.    Pursuant to the Purchase Agreement and the Seller Guide, Defendant agreed that it will indemnify DBSP and hold it harmless against all court costs, attorneys' fees and any other costs, fees and expenses incurred by DBSP in enforcing the Purchase Agreement.

23.    Defendant's indemnification obligations survive the Purchase Date, the termination of the Purchase Agreement and the disqualification or suspension of Defendant.

24.    Defendant's indemnification obligations expressly include the legal fees and related costs and any other costs, fees and expenses DBSP may sustain in connection with Defendant's failure to observe and perform its obligation to repurchase the Early Payment Default Loans, including but not limited to, the attorneys' fees and other expenses incurred by DBSP in this action.

### FIRST CLAIM FOR RELIEF
#### (Breach of Contract - Purchase Agreement)

25.    Plaintiff DBSP realleges paragraphs 1 through 24 of this complaint as if fully set forth herein.

26.    Under the Purchase Agreement and the Seller Guide, Defendant agreed to repurchase the Early Payment Default Loans from DBSP.

27.    DBSP has demanded that Defendant repurchase the Early Payment Default Loans.

28.    Defendant has refused and failed to repurchase the Early Payment Default Loans.

29.    As a direct, proximate and actual result of Defendant's breach of its obligation to repurchase the Early Payment Default Loans, DBSP has suffered damages in an amount to be determined at trial, but which is not less than $1.99 million as of April 19, 2007, plus interest.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

30.    Plaintiff DBSP realleges paragraphs 1 through 29 of this complaint as if fully set forth herein.

31.    In consideration of the sale of the Early Payment Default Loans by Defendant to DBSP, Defendant received payment from DBSP.

32.    Defendant has wrongfully refused to repurchase the Early Payment Default Loans, causing DBSP to lose the use of those moneys due and owing, and requiring DBSP to incur attorneys' fees to recover these costs due under the Purchase Agreement and the Seller Guide. It would be unjust and inequitable to allow Defendant to benefit in this manner.

33.    By reason of the foregoing, Defendant has been unjustly enriched at the expense of DBSP, and DBSP has suffered damages in an amount to be established at trial.

## THIRD CLAIM FOR RELIEF
### (Indemnification for Legal Fees And Related Costs)

34.    Plaintiff DBSP realleges paragraphs 1 through 33 of this complaint as if fully set forth herein.

35.    Pursuant to Section 5 of the Purchase Agreement and the indemnification provisions in the Seller Guide, Defendant agreed to indemnify DBSP for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments, and any other costs, fees and expenses that DBSP may sustain that are in any way related to Defendant's breach of Defendant's representations, warranties, covenants, agreements or obligations under the Purchase Agreement and the Seller Guide.

6

36.    Defendant has breached its representations and warranties and failed to observe its obligations, causing DBSP to suffer the damages for which Defendant owes indemnity.

37.    Defendant is therefore liable to DBSP for all of DBSP's legal fees and related costs, and all other costs, fees and expenses that DBSP has incurred, is incurring and will incur in connection with Defendant's failure to observe and perform its obligations to repurchase the Early Payment Default Loans.

### FOURTH CLAIM FOR RELIEF
### (Specific Performance)

38.    Plaintiff DBSP realleges paragraphs 1 through 37 of this complaint as if fully set forth herein.

39.    The Purchase Agreement is a valid, enforceable contract between Defendant and DBSP.

40.    Under the terms of the Purchase Agreement, DBSP and Defendant made several valid and enforceable mutual agreements.

41.    DBSP substantially performed its obligations under the Purchase Agreement by, *inter alia*, purchasing Mortgage Loans from Defendant pursuant to the terms and provisions of the Purchase Agreement and the Seller Guide.

42.    DBSP is willing and able to perform its obligations under the Purchase Agreement by, including, but not limited to, delivering repurchased loans to Defendant.

43.    Upon information and belief, Defendant is able to continue to perform under the Purchase Agreement by, including but not limited to, repurchasing the Early Payment Default Loans.

44.    DBSP has suffered harm resulting from Defendant's refusal to repurchase the Early Payment Default Loans for which there is no adequate remedy at law.

7

45.    DBSP has demanded, and is entitled to, specific performance of Defendant's repurchase obligations under the Purchase Agreement.

46.    As a result of the foregoing breaches, pursuant to the Purchase Agreement, Defendant is obligated to pay DBSP an amount to be determined at trial, but which is not less than $1.99 million as of April 19, 2007, plus interest.

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, plaintiff DBSP respectfully requests judgment against Defendant awarding DBSP:

A.    Damages in an amount to be determined at trial but not less than $1.99 million;

B.    Specific performance of the Purchase Agreement;

C.    Attorneys' fees and related costs, and all other costs, fees and expenses that DBSP has incurred, is incurring and will incur in this action in connection with Defendant's failure to observe and perform its obligations under the Purchase Agreement and Seller Guide; and

D.    Such other and further relief as the Court may deem just and proper.

Dated: New York, New York
May 25, 2007

THACHER PROFFITT & WOOD LLP

By:

John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Two World Financial Center
New York, New York 10281
(212) 912-7400

*Attorneys for DB Structured Products, Inc.*

9

# Exhibit C

Mark S. Kaufman (MK 2006)
KAUFMAN & KAHN, LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 293-5556

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

DB STRUCTURED PRODUCTS, INC.,                                      :

                             Plaintiff,                                 :          Case No. 07 Civ. 4119 (DLC)

          -- against --                                       :          **AMENDED ANSWER**

LENDER LTD.,                                                       :

                           Defendant.                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

       Defendant Lender Ltd., by and through its attorneys Kaufman & Kahn, LLP, as and for its

Answer to the Complaint, states as follows:

       1.      Declines to respond to Paragraph 1 of the Complaint, as it alleges legal conclusions to

which no response is required.

       2.      Declines to respond to Paragraph 2 of the Complaint, as it alleges legal conclusions to

which no response is required.

       3.      Denies having knowledge or information sufficient to admit or deny the allegations set

forth in Paragraph 3 of the Complaint.

       4.      Admits the allegations set forth in Paragraph 4 of the Complaint.

       5.      Admits the allegations set forth in Paragraph 5 of the Complaint.

6.      Neither admits nor denies the allegations set forth in Paragraph 6 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

7.      Neither admits nor denies the allegations set forth in Paragraph 7 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

8.      Denies the allegations set forth in Paragraph 8 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

9.      Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 9 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

10.     Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 10 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

11.     Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 11 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

12.     Denies each and every allegation set forth in Paragraph 12 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

13.     Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 13 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

2

14.     Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 14 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

15.     Denies each and every allegation set forth in Paragraph 15 of the Complaint, except admits that it has not repurchased any of the loans that apparently are the subject of the Complaint.

16.     Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 16 of the Complaint.

17.     Denies each and every allegation set forth in Paragraph 17 of the Complaint.

18.     Denies each and every allegation set forth in Paragraph 18 of the Complaint, except denies having knowledge or information sufficient to admit or deny the allegations regarding DBSP's maintenance requirements or securitization abilities.

19.     Neither admits nor denies the allegations set forth in Paragraph 19 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

20.     Neither admits nor denies the allegations set forth in Paragraph 20 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

21.     Denies each and every allegation set forth in Paragraph 21 of the Complaint.

22.     Neither admits nor denies the allegations set forth in Paragraph 22 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

23.     Denies each and every allegation set forth in Paragraph 23 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

3

24.    Denies each and every allegation set forth in Paragraph 24 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

25.    Repeats and realleges paragraphs 1 through 24 of this Answer as if fully set forth herein.

26.    Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 26 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

27.    Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 27 of the Complaint.

28.    Denies each and every allegation set forth in Paragraph 28 of the Complaint, except admits that it has not repurchased any of the loans that apparently are the subject of the Complaint.

29.    Denies each and every allegation set forth in Paragraph 29 of the Complaint.

30.    Repeats and realleges paragraphs 1 through 29 of this Answer as if fully set forth herein.

31.    Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 31 of the Complaint.

32.    Denies each and every allegation set forth in Paragraph 32 of the Complaint.

33.    Denies each and every allegation set forth in Paragraph 33 of the Complaint.

34.    Repeats and realleges paragraphs 1 through 33 of this Answer as if fully set forth herein.

35.    Denies each and every allegation set forth in Paragraph 35 of the Complaint, and refers the Court to the terms of the document referenced therein, to ascertain their meaning.

36.    Denies each and every allegation set forth in Paragraph 36 of the Complaint.

37.    Denies each and every allegation set forth in Paragraph 37 of the Complaint.

4

38.    Repeats and realleges paragraphs 1 through 37 of this Answer as if fully set forth herein.

39.    Declines to respond to Paragraph 39 of the Complaint, as it alleges legal conclusions to which no response is required.

40.    Declines to respond to Paragraph 40 of the Complaint, as it alleges legal conclusions to which no response is required.

41.    Denies each and every allegation set forth in Paragraph 41 of the Complaint.

42.    Denies having knowledge or information sufficient to admit or deny the allegations set forth in Paragraph 42 of the Complaint.

43.    Denies each and every allegation set forth in Paragraph 43 of the Complaint.

44.    Denies each and every allegation set forth in Paragraph 44 of the Complaint.

45.    Denies each and every allegation set forth in Paragraph 45 of the Complaint.

46.    Denies each and every allegation set forth in Paragraph 46 of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

47.    The Complaint fails to state a claim upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE
### (Breach of Contract)

48.    Plaintiff DB Structured Products, Inc. ("DBSP") failed to comply with its material obligations pursuant to any agreement DBSP had with Lender.

49.    As a result of DBSP's breach of contract, Lender is not obligated to repurchase the Loans.

5

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE
### (Election of Remedies)

50.      Upon information and belief, or its representatives have commenced foreclosure

proceedings in connection with some or all of the loans that apparently are the subject of the Complaint

(each, a "Loan").

51.      Such conduct constitutes an election of remedies with respect to each of such Loans.

52.      As a result of the foregoing, DBSP is barred from compelling defendant Lender Ltd.

("Lender") to repurchase any of such Loans.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE
### (Estoppel)

53.      The foreclosure proceedings commenced by DBSP may impede Lender from enforcing

the Loans.

54.      DBSP's conduct has prejudiced Lender's ability to enforce the Loans, so that it would

be inequitable to compel Lender to repurchase the Loans.

55.      DBSP is estopped from recovery against Lender due to its own conduct and actions,

including, but not limited to, conduct in violation of the covenant of good faith and fair dealing.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE
### (Laches)

56.      The claims arising out of the subject matter, transactions and occurrences alleged in the

Complaint are barred by the doctrine of laches.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

6

57.    DBSP's claims are barred pursuant to the doctrine of "unclean hands."


## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE
### (Waiver)

58.    By its own conduct and actions, DBSP has waived its right to any recovery against

Lender.


## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE
### (Assignment and Assumption / Indemnification)

59.    To the extent that any sums may be adjudged against Lender Ltd. in favor of plaintiff

DBSP, liability therefor is the sole responsibility of CML Direct, Inc., d/b/a Creative Mortgage Lending,

John Sanger, and Blaise Dietz, jointly and severally.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE
### (Subject to Amendment)

60.     Lender hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during the discovery proceedings in the action and hereby reserves the right to amend its Answer and to assert any such further defense or claim by appropriate motion.


**WHEREFORE**, defendant Lender Ltd. respectfully requests that the Complaint be dismissed in its entirety with prejudice, and that Lender Ltd. be awarded the costs, disbursements and reasonable attorney's fees incurred in connection with defending against this action, and such other and further relief as deemed appropriate by the Court.

Dated:  New York, New York
        August 9, 2007

                                    KAUFMAN & KAHN, LLP
                                    Attorneys for Defendant

                                  BY:   /Mark S. Kaufman/
                                          Mark S. Kaufman (MK 2006)
                                          747 Third Avenue, 32nd Floor
                                          New York, NY  10017
                                          (212) 293-5556

Mark S. Kaufman (MK 2006)
KAUFMAN & KAHN, LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 293-5556

UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| DB STRUCTURED PRODUCTS, INC., | : | Case No.  07 Civ. 4119 (DC) |
| Plaintiff, | : | **THIRD PARTY** |
| -- against -- | : | **COMPLAINT** <br> (Jury Trial Demanded) |
| LENDER LTD., | : |  |
| Defendant/Third-Party Plaintiff, | : |  |
| -- against -- | : |  |
| CML DIRECT, INC., d/b/a CREATIVE MORTGAGE <br> LENDING, | : |  |
|  | : |  |
| Third-Party Defendant. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant/Third-Party Plaintiff Lender Ltd., by and through its attorneys Kaufman & Kahn,

LLP, as and for its Third Party Complaint, pursuant to Fed. R. Civ. Pro. Rule 14(a), states as follows:

      1.     Plaintiff DB Structured Products, Inc. ("DBSP") has filed against defendant Lender Ltd.

a Summons and Complaint. (A copy of DBSP's Summons and Complaint, with exhibits, is annexed and

made Exhibit "A" hereto.)



## JURISDICTION AND VENUE

2.      Supplemental jurisdiction of the court is invoked pursuant to 28 U.S.C.A. §1367(a).

3.      Venue is proper in this District pursuant to 28 U.S.C.A. § 1391(b).

## PARTIES

4.      Third-Party Plaintiff Lender Ltd. ("Lender") is a corporation formed under the laws of

Michigan with its principal place of business located at 7789 East M-36, Whitmore Lake, Michigan.

5.      Upon information and belief, Third-Party Defendant CML Direct, Inc., d/b/a Creative

Mortgage Lending ("Creative Mortgage"), is a corporation formed under the laws of Michigan with its

principal place of business located at 26555 Evergreen Rd., Suite 810, Southfield, Michigan  48076.

## FACTS

6.      Lender is in the business of mortgage lending.

7.      Pursuant to an agreement dated January 13, 2006 (the "IOC Agreement"), Creative

Mortgage became an Independent Operating Center ("IOC") or branch of Lender.

8.      Creative Mortgage originated the loans that were purchased by DBSP and are the

subject of the Complaint (the "DBSP Loans").

9.      Creative Mortgage negotiated the agreement with DBSB without the procedures,

review or authorization of Lender.

10.     The IOC Agreement was terminated in June 2006.

11.     Lender and Creative Mortgage, by Sanger, its co-President, entered into an agreement

dated January 16, 2007 (the "Assignment and Assumption").  (A copy of the Assignment and

Assumption is annexed and made Exhibit "B" hereto.)

2

12.   The Assignment and Assumption provides as follows:

> CML Direct Inc. hereby assumes and agrees to discharge all of Lender, Ltd.'s duties and obligations under such Agreements, effective with the date of this Assignment and Assumption and agrees to hold Lender, Ltd. harmless from any economic loss or performance obligation under such Agreements and after the date of this Agreement.

See Ex. B.

13.   Upon information and belief, based on email correspondence from DBSP in connection with DBSP's demanding repurchase of the DBSP Loans, the DBSP Loans consist of loans made to the following borrowers: Maradith Raymond (two loans); Melissa Wells (two loans); Malik Salaam (two loans); Robert Corsi; and Joseph Miller. (A copy of an email dated April 16, 2007, from Jimmy Yan of Deutsche Bank Securities, Inc. is annexed and made Exhibit "C" hereto.)

14.   A schedule of loans that are the subject of the Assignment and Assumption is annexed thereto, and the DBSP Loans are specifically set forth on the schedule. (A copy of excerpts from the schedule, marked to indicate the DBSP Loans, is annexed and made Exhibit "D" hereto.)

15.   Creative Mortgage confirmed the execution of the Assignment and Assumption in a series of emails dated January 11, 2007 through January 16, 2007, between Greg Drury, Assistant Vice President of Lender, and Jonathan Tomlanovich, an employee of Creative Mortgage. (A copy of the emails are annexed and made Exhibit "E" hereto.)

16.   The "Seller Loan Purchase Agreement" dated March 10, 2006, between DBSP and Lender provides as follows: "Any suit, action, or proceeding against Seller [Lender] with respect to this Agreement may be brought in a court of competent jurisdiction in the County of New York, New or York or in the United States District Court for the Southern District of New York." See Ex. 1 to

3

Complaint (Ex. A hereto).

17.     By virtue of executing the Assignment and Assumption, defendants agreed, *inter alia*,

to subject themselves to the jurisdiction of the United States District Court for the Southern District of

New York in connection with claims arising out of the DBSP Loans.

18.     Based on the foregoing, to the extent Lender allegedly has any liability to DBSP,

Creative Mortgage is liable entirely therefor.

**WHEREFORE,** Defendant/Third-Party Plaintiff Lender Ltd. demands judgment against Third-

Party Defendant CML Direct, Inc., d/b/a Creative Mortgage Lending, for all sums that may be

adjudged against Lender Ltd. in favor of plaintiff D.B. Structured Products, Inc.

Dated: New York, New York
       August 20, 2007

KAUFMAN & KAHN, LLP

/Mark S. Kaufman/
Mark S. Kaufman (MK 2006)
Attorneys for Defendant/Third-Party Plaintiff.
   Lender Ltd.
747 Third Avenue, 32nd Floor
New York, NY  10017
Tel.: (212) 293-5556
Email: kaufman@kaufmankahn.com

## ASSIGNMENT AND ASSUMPTION

Lender Ltd. hereby assigns to CML Direct Inc. all of its rights in and to the Agreements listed on Exhibit A to this Assignment and Assumption.

CML Direct Inc. hereby assumes and agrees to discharge all of Lender, Ltd.'s duties and obligations under such Agreements, effective with the date of this Assignment and Assumption and agrees to hold Lender, Ltd. harmless from any economic loss or performance obligation under such Agreements from and after the date of this Agreement.

The parties hereby direct and authorize all of the counterparties to the Agreements to deal with CML Direct Inc. as a party to the Agreements in place of Lender Ltd.

Dated: _1/16_____, 2007

**LENDER LTD.**

By: _____

Its: _____

**CML DIRECT INC.**

By: _____ John Sanger _____

Its: _____ Co - Ceo _____



[black redaction bar]







## Approved Broker List

| Company Name | Credit Analyst | States Approved | Phone # | Fax # | Address | Contact |
|---|---|---|---|---|---|---|
| 1st Liberty Home Loans | Jim Blair | FL | 952-224-1199 | 952-224-1100 | 10400 Viking Dr. #530, Eden Prairie, MN 55347 | Robert Mancini |
| A Fast Mortgage LLC | Patti Malone | FL | 321-256-0592 | 321-206-3491 | 1717 Chisbury Ct., Orlando, FL 32837 | Juan Lopez |
| A.C. Financial LLC | Mike Tomlanovich | MI | 248-888-1295 | 248-889-1322 | 9440 Elizabeth Lake Rd., Suite A, Whitelake, MI 48386 | Marc Chiappelli |
| AAA Mortgage, Inc. | Jennifer Walling | AK | 907-274-4566 | 907-274-4566 | 516 2nd Ave, Suite 323, Fairbanks, AK 99701 | Michael Warlick, Jr. |
| ABS Financial Inc dba Greater Ohio Mortgage | Mike Tomlanovich | OH | 740-453-4689 | 740-453-4689 | 1130 Maple Ave, Zanesville, OH 43701 | Jerry Miller |
| Academy Mortgage Loans | Jim Blair | CO | 719-886-4441 | 719-886-4444 | 411 S. Cascade Ave, #100, Colorado Springs, CO 80903 | Marjorie Sweckard |
| Advanced Financial (find using the dba of First Magnus Financial Corporation mel | Mike Tomlanovich | MI | 616-464-1341 | 616-464-1340 | 2306 East Paris Ave, SE, Suite 201, Grand Rapids, MI 49546 | Jeffrey Stefflens |
| Advantage Home Loans, LLC | Mike Tomlanovich | MI | 520-618-9000 | 520-618-9000 | 603 N. Wilmot Rd., Tucson, AZ 85711 | Sarah Martins |
| AFI Financial Inc. | Mike Tomlanovich | MI, FL | 248-887-1917 | 248-887-1919 | 206 W. Highland Rd, #100, Highland, MI 48357 | Scott Oldfield |
| AIM Financial, Inc | Mike Tomlanovich | MI | 313-730-2090 | 313-730-5119 | 23400 Michigan Ave, #1202, Dearborn, MI 48124 | John Defrancisco |
| All Capital Mortgage Funding, Inc. | Steve Rubin | FL | 616-554-7400 | 616-554-7400 | 4835 4th St SE, #C-201, Grand Rapids, MI 49512 | Jeffry Baum |
| All-Florida Mortgage Centers, Inc. | Mike Tomlanovich | FL | 305-675-8214 | 305-362-3322 | 305 Minorca Ave, SE, Suite 200, Coral Gables, FL 33016 | Baby Diaz |
| Alliant Mortgage, Inc. (main office, Grand Rapids) | Mike Tomlanovich | MI | 407-367-0089 | 407-367-0089 | 4721 S. Orange Ave, Orlando, FL 32806 | Jeffrey Perdue |
| Alliant Mortgage, Inc. (West Bloomington) | Mike Tomlanovich | MI | 616-447-4536 | 616-447-4536 | 5344 Plainfield Ave NE, Grand Rapids, MI 49525 | Christine Mitchell |
| Allied Home Mortgage Capital Corp. | Jim Blair | MI | 248-561-8194 | 248-681-8284 | 7043 Timberview Trl, West Bloomfield, MI 48322 | Lazaars Sanchez |
| American Home Mortgage of Central Florida, Inc. | Mike T / Jim Blair | FL, MI, OH, AK, CO | 713-664-0788 | 713-353-0461 | 6110 Pinemont Dr., Houston, TX 77092 | Christopher Lopez |
| Amerifirst Financial Corp. | Jim Blair/Jeff Becker | MI, FL | 386-574-7265 | 386-574-7285 | 1749 Haverhill Dr., Deltona, FL 32725 | William Ashton |
| Amerisource Mortgage Corp | Mike Tomlanovich | MI | 248-324-4240 | 248-324-4240 | 616 W. Centre Avenue, Portage, MI 49024 | Melissa Menda |
| Anchorage Home Mortgage LLC | Dob Howard | AK | 888-716-7440 | 888-716-7440 | 3813d Old Seward Hwy, Anchorage, AK 99503 | David Kane |
| Apex Branch, Inc. | Jim Blair | MI | 807-336-5462 | 807-677-6365 | 2604 Eagan St., New Baltimore, MI 48047 | Donald Held |
| Apex Financial Group dba AAPEX Mortgage | Tim Scheller | MI, FL, OH, CO, AK | 407-418-2213 | 407-418-2213 | 35 West Pine St., Suite 213, Orlando, FL 32801 | Alex Vate |
| Apex Mortgage Services, LLC | Jennifer Walling | MI, FL, IN, CO, OH | 407-557-3247 | 813-584-1111 | 215 W. Bloomingdale Ave., Brandon, FL 33511 | Jessica Simas |
| A-Plus Mortgage, Inc. | Mike Tomlanovich | MO | 614-839-2739 | 614-839-2739 | 2580 Corporate Exchange Dr., Suite 102, Columbus, OH | Chris Cline |
| ARC Lending, LLC | Jim Blair | MI | 970-352-3360 | 970-352-3360 | 1020 9th Street, 1st Floor, Greeley, CO 80631 | Allen Seltmer |
| ARS Funding Group | Patty Malone | CO | 407-206-0008 | 407-206-3032 | 5430 S. Dort Hwy, Flint, MI 48507 | Debra DiPilo |
| ASAP Mortgage and Investments Inc. | Jim Blair | FL | 772-335-0195 | 561-386-2481 | 913 Dickens Place, Suite 228, Casselberry, FL 32707 | Alan Seldin |
| Avanti Financial Services, Inc. (West) Central Florida | | FL | 352-394-8038 | 352-341-8228 | 520 S. Highway 27 #7, Clermont, FL 34711 | Christina Lansing |
| Avendi Financial Services, Inc. | | FL | 631-586-9679 | 631-586-5006 | 2141 Deer Park Ave, Deer Park, NY 11729 | Magda Donaldson |
| B & T Mortgage, LLC | Mike Tomlanovich | FL | 313-542-4401 | 313-542-4401 | 16614 E. Eight Mile Rd, Detroit, MI 48205 | Donald Reynolds |
| Banc Plus Home Mortgage Center, Inc. | Jennifer Walling | MI | 954-561-5216 | 954-561-5218 | 2659 East Oakland Park Blvd., Ft. Lauderdale, FL 3330 | Barbara Tamburo |
| Baypoint Financial Services, Inc. | Jim Blair | FL | 239-997-8271 | 239-997-8271 | 3403 Hancock Bridge Parkway, Suite 2, N. Fort Myers, | Howard Vernick |
| Benchmark Mortgage LLC | Jim Blair | CO | 303-495-9760 | 303-702-3030 | 410 17th Street, Suite 2, N. Fort Myers, FL | Kevin M. Robbins |
| Best Buy Mortgage Services, Inc. | Steve Rubin | FL | 727-499-7123 | 727-786-7211 | 3078 Eastland Blvd., Suite 308, Clearwater, FL 33761 | Wade Whiteley |
| Blackburn Mortgage Services | House Account | FL, IN | 502-412-1177 | 502-412-1759 | 10333 Linn Station Rd, Louisville, KY 40223 | Donald Lichterman |
| Bloomfield Birmingham Mortgage Co. | Mike Tomlanovich | MI | 248-203-7732 | 248-203-7726 | 260 E. Brown St., Suite 101, Birmingham, MI 48009 | Walter Drummond |
| Breslin Home Mortgage | Mike Tomlanovich | MI, FL | 517-324-3533 | 517-324-3840 | 1504 E. Grand River, East Lansing, MI 48823 | Vince Caporale |
| Breslin Home Mortgage | Mike Tomlanovich | MI, FL | 248-565-1400 | 248-565-1400 | 24725 W. 12 Mile Rd., Suite 302, Southfield, MI 48034 | Nicole Scruggs |
| Bridge Financial Services | Mike Tomlanovich | MI, FL | 616-855-8534 | 616-855-8534 | 5160 Wemberley Ct., Ada, MI 48828 | Scott Wilkinson |
| C & H View Mortgage LLC | Mike Tomlanovich | MI | 517-805-6000 | 517-851-4543 | 212 Woodmere Ave, Suite 2, Staunt, MI 49091 | Jody Meter |
| Can-X Mortgage, LLC | Mike Tomlanovich | MI | 586-493-9127 | 586-493-1892 | 23885 Denton, Suite B, Clinton, MI 48036 | Leonard Veniuden |
| Capital Finance Group | Mike Tomlanovich | FL | 956-970-0729 | 954-588-8373 | 409 W. Hallandale Beach Blvd, #204, Hallandale, FL 33 | Carl Cranfill |
| Cascade Home Mortgage | Bisie Dietz | FL | 386-986-3998 | 386-986-3900 | 31 Clermont Ct., Palm Coast, FL 32137 | Richard Seclletto |
| Cassis & Associates, Inc. | Ron Respondek | MI | 231-737-5004 | 231-739-5000 | 3048 Glade St., Muskegon, MI 49444 | Tanya Hoover |
| CC Mortgage LLC | Steve Rubin | FL | 041-837-9190 | 321-247-2994 | 1016d Harmony Dr., Interlochen, MI 49643 | Ron Castle |
| Charter Funding (the dba of First Magnus Financial Corporation (tram) | Mike Tomlanovich | FL, MI, IN | 616-464-1341 | 616-464-1340 | 1582 San Marino Ln, Punta Gorda, FL 33950 | Oybelle Hernandez |
| Charter Funding (the dba of First Magnus Financial Corporation (melb | Mike Tomlanovich | MI, FL, IN | | | 2305 West Paris Ave, SE, Suite 201, Grand Rapids, MI | Jeffary Staffens |
| Chase Capital Mortgage and Investment LLC | Ben Griffin | FL, CO | 407-320-0898 | 407-320-0868 | 185 Waymont Ct., Suite 101, Lake Mary, FL 32746 | Darin Cranfill |
| Christensen Financial, Inc. | Ben Griffin | FL, CO | 407-869-0283 | 407-869-0008 | 2484 SR 434 West, Longwood, FL 32779 | David Christensen |

## Approved Broker List

| Company Name | Credit Analyst | States Approved | Fax # | Phone # | Address | Contact |
|---|---|---|---|---|---|---|
| 1st Liberty Home Loans | Jim Blair | FL | 952-224-1199 | 952-224-1100 | 10400 Vicking Dr. #530, Eden Prairie, MN 55347 | Robert Manchi |
| A Fast Mortgage LLC | Paul Malone | FL | 321-255-0582 | 321-206-3491 | 1717 Chisbury Ct. Orlando, FL 32837 | Juan Lopez |
| A.C. Financial LLC | Mike Tomlanovich | MI | 248-886-1295 | 248-886-1322 | 9440 Elizabeth Lake Rd, Suite A, Whitelake, MI 48386 | Marc Chiappelli |
| AAA Mortgage, Inc. | Jennifer Walling | AK | 907-374-0897 | 907-374-7600 | 510 2nd Ave, Suite 323, Fairbanks, AK 99701 | Michael Verick, Jr. |
| ABS Financial Inc dba Greater Ohio Mortgage | Mitka Tomlanovich | OH | 740-453-4669 | 740-453-4662 | 1136 Maple Ave., Zanesville, OH 43701 | Jerry Meldill |
| Academy Mortgage Loans | Jim Blair | CO | 719-866-4441 | 719-886-4444 | 4415 S. Cascade Ave. #100, Colorado Springs, CO 8090 | Jimmy Swackard |
| Accovent Financial Home Loans the dba of First Magnus Financial Corporation (branch) | Mike Tomlanovich | MI | 616-464-1340 | 616-464-1340 | 2305 East Paris Ave. SE, Suite 201, Grand Rapids, MI 4 | Jeffery Steffens |
| Accovent Financial Home Loans the dba of First Magnus Financial Corporation (main) | Mike Tomlanovich | MI | | | | Jeffery Steffens |
| Advantage Home Loans, LLC | Jim Blair | | 520-818-9000 | 520-818-9000 | 603 N. Wilmont Rd., Tucson, AZ 85711 | Sarah Martins |
| AFI Financial Inc. | Mike Tomlanovich | MI | 248-887-1917 | 248-887-1919 | 206 W. Highland Rd. #100, Highland, MI 48357 | Scott Oldfield |
| AIM Financial, Inc. | Mike Tomlanovich | MI, FL | 313-730-3080 | 313-730-3419 | 23400 Michigan Ave., #1202, Dearborn, MI 48124 | John Defrancisco |
| All Capital Mortgage Funding, Inc. | Steve Rubin | FL | 616-554-7450 | 616-554-7400 | 4635 44th St SE #C200, Kentwood, MI 49512 | Jeffry Baum |
| All-Florida Mortgage Centers, Inc. | Mike Tomlanovich | FL | 305-362-3322 | 305-362-3322 | 2350 West 84th Street, Suite 106, Hialeah, FL 33016 | Batty Diaz |
| Allant Mortgage, Inc. (main office, Grand Rapids) | Mike Tomlanovich | MI | 407-367-0099 | 407-240-6080 | 4721 S. Orange Ave., Orlando, FL 32806 | Jeffrey Purdue |
| Allant Mortgage, Inc. (West Bloomfield) | Jim Blair | MI | 616-447-8565 | 616-447-8565 | 5344 Plainfield Ave NE, Grand Rapids, MI 49525 | Christine Mitchell |
| Allied Home Mortgage Capital Corp | Mike T./Jim Blair | MI | 248-661-8194 | 248-661-8284 | 7043 Timberview 74, West Bloomfield, MI 48322 | Lagarrie Sanostar |
| American Home Mortgage of Central Florida, Inc. | Mike Tomlanovich | MI, FL, OH, AK, CO, IN | 713-584-0788 | 713-353-0461 | 8710 Pinemont Dr., Houston, TX 77082 | Christopher Lopez |
| Amerifirst Financial Corp. | Jim Blair/Jeff Becker | FL | 260-324-4676 | 289-324-4240 | 1743 Haverhill Dr. Deltona, FL 32725 | William Ashton |
| Amerisource Mortgage LLC | Mike Tomlanovich | MI, FL | 588-716-7442 | 586-716-7440 | 13134 Green St., New Baltimore, MI 48047 | Mead Meade |
| Anchorage Home Mortgage LLC | Dob Howard | AK | 907-336-5662 | 907-677-8365 | 2604 Fairbanks St. # 100, Anchorage, AK 99503 | David Kang |
| Apex Branch, Inc. | Jim Blair | FL | 407-418-2213 | 407-406-0571 | 35 West Pine St., Suite 213, Orlando, FL 32801 | Donald Held |
| Apex Financial Group dba AAPEX Mortgage | Tim Schalfer | MI, FL, OH, CO, AK | 407-567-3247 | 813-884-1111 | 215 W. Bloomingdale Ave., Brandon, FL 33511 | Alex Valle |
| Apex Mortgage Services, LLC | Jennifer Walling | MI, FL, IN, CO, OH | 614-839-3789 | 614-839-3789 | 2350 Corporate Exchange Dr., Suite 102, Columbus, OH | Jessica Sinas |
| A-Plus Mortgage, LLC | Mike Tomlanovich | CO | | | 1020 9th Street, 1st Floor, Greeley, CO 80631 | Travis Cline |
| ARC Lending, LLC | Jim Blair | MI | 810-603-2902 | 810-603-2900 | 9401 S. Dexter, Ford, MI 48097 | Allan Seltner |
| ARS Funding Group | Patty Malone | FL | 407-280-1009 | 407-280-1009 | 300 Wilshire Blvd., Suite 238, Casselberry, FL 32707 | John Griffin |
| ASAP Mortgage and Investments Inc. | Jim Blair | FL | 772-225-0195 | 561-366-2481 | 913 Dickens Place, West Palm Beach, FL 33411 | Christine Limelina |
| Atlant Home Mortgage of Central Florida | | FL | 352-334-6318 | 352-241-8228 | 4420 S Highway 27 #7, Clermont, FL 34711 | Marcie Donelson |
| Avenir Financial Services, Inc. | | FL | 631-586-8579 | 631-586-5006 | 2141 Deer Park Ave., Deer Park, NY 11729 | Donald Reynolds |
| B & T Mortgage, LLC | Mike Tomlanovich | MI | 313-842-2406 | 313-842-2401 | 15514 E. Eight Mile Rd., Detroit, MI 48205 | Barbara Tamburo |
| Banc Plus Home Mortgage Center, Inc. | Jim Blair | FL | 954-564-3533 | 954-202-5640 | 1594 E. Oakland Park Blvd., Ft. Lauderdale, FL 3330 | Howard Verick |
| Baypoint Financial Services, Inc. | Jim Blair | CO | 239-997-9211 | 239-997-9200 | 3403 Hancock Bridge Pkwy, Suite 2 N, Fort Myers, | Kevin M. Robbins |
| Benchmark Mortgage LLC | Jim Blair | CO | 303-455-9780 | 303-702-3030 | 410 Terry St., Longmont, CO 80501 | Kevin M. Robbins |
| Best Buy Mortgage Services, Inc. | Steve Rubin | FL | 727-499-7123 | 727-799-7211 | 3076 Eastland Blvd., Suite 303, Clearwater, FL 33761 | Donald Uchterman |
| BestFunds Mortgage Corp. | Mitka Tomlanovich | FL, IN | 502-412-4759 | 502-412-4759 | 10033 Linn Station Rd., Louisville, KY 40223 | Mac Horn |
| Bloomfield Birmingham Mortgage Co. | Jim Blair | MI, FL | 248-203-7732 | 248-203-7726 | 2060 E. Brown St., Suite 151, Birmingham, MI 48009 | Walter Drummond |
| Brellin Home Mortgage | Mike T./Jim Blair | MI, FL | 517-324-3533 | 517-324-5640 | 1904 E. Grand River, East Lansing, MI 48823 | Vince Capotale |
| Brellin Home Mortgage | Mike Tomlanovich | MI, FL | 248-355-1401 | 810-855-3246 | 24725 W. 12 Mile Rd., Suite 302, Southfield, MI 48034 | Nicola Scruggs |
| Brellin Home Mortgage | House Account | MI, FL | 517-881-4543 | 517-881-4543 | 212 West Main St., Stockbridge, MI 49285 | Scott Wilkinson |
| Bridge Financial Services | Mike Tomlanovich | MI | 568-493-9127 | 586-493-1692 | 22688 Denton, Suite B, Clinton Twp, MI 48036 | Kelly Meter |
| Brookview Mortgage LLC | Mike Tomlanovich | MI | 956-570-0729 | 954-589-8573 | 409 W. Hallandale Beach Blvd. #204, Hallandale, FL 33 | Leonard Varfinden |
| C & A Mortgage, Inc. | Mike Tomlanovich | MI | 386-985-3999 | 386-985-3900 | 31 Clermont Ct., Palm Coast, FL 32137 | Cliff Clarke |
| Capital Finance Group | Bajee Dietz | MI | 231-739-5000 | 231-739-5000 | 3046 Glade St., Muskegon, MI 44944 | Tanya Hoover |
| Cascade Home Mortgage | Ron Respondek | MI | 231-773-2994 | 231-773-2994 | 10164 Harmony Dr., Interlochen, MI 49643 | Ron Cassie |
| Cassie & Associates, Inc. | Steve Rubin | FL | 941-337-9190 | 787-347-2418 | 1582 San Marino Ct., Punta Gorda, FL 33950 | Chipelle Hernandez |
| CC Mortgage LLC | Mike Tomlanovich | MI, FL, IN | 616-464-1340 | 616-464-1340 | 2305 East Paris Ave. SE, Suite 201, Grand Rapids, MI 4 | Jeffrey Steffens |
| Charter Funding the dba of First Magnus Financial Corporation (branch) | Mike Tomlanovich | MI, FL, IN | | | 6011 N. Wilmont Rd., Tucson, AZ 85711 | Sarah Martins |
| Charter Funding the dba of First Magnus Financial Corporation (main) | | | | | | |
| Chase Capital Mortgage and Investment LLC | Steve Rubin | FL, CO | 407-320-0898 | 407-320-0886 | 185 Waymont Ct., Suite 101, Lake Mary, FL 32746 | Darin Canetti |
| Christensen Financial, Inc. | Ben Griffin | FL, CO | 407-869-2283 | 407-869-0008 | 2484 SR 434 West, Longwood, FL 32779 | David Christensen |

| Company | Contact | State | Phone 1 | Phone 2 | Address | Principal |
|---|---|---|---|---|---|---|
| Cityspectrum Mortgage | Ron Respondek | FL | 305-233-4452 | 305-233-4445 | 12900 SW 133 Court, Miami, FL 33186 | Karl Amason |
| Classic Home Mortgage Corp. | Jeff Becker | MI | 586-726-8653 | 586-729-8478 | 47702 Van Dyke, Shelby Twp, MI 48317 | Paul Shields |
| Classic Mortgage Solutions LLC | Jim Blair | MI | 248-288-2603 | 248-288-2000 | 22720 Woodward Ave., Suite 210, Ferndale, MI 48220 | Kelly Farrell/Dolance Farrell |
| Clearview Mortgage Lending LLC | Tim Schafer | FL | 813-677-0212 | 813-300-4843 | 10410 Spring Eagle Dr., Riverview, FL 33569 | Leo Fusaldi |
| CLS Lending Concepts | Mike Tomlanovich | IN | 888-661-0399 | 566-599-9981 | 28131 Newport, Livonia, MI 48008 | Laura Contrasalato |
| CMI Group the dba of Clayton Mortgage, Inc. | Steve Rubin | IN | 317-926-0652 | 317-926-0882 | 12726 Willo Rock Ct, Indianapolis, IN 46236 | Sharon Fultz |
| CMI Mortgage Company the dba of Billins & Hall Inc. | Mike Tomlanovich | MI | 810-987-4003 | 810-987-3774 | 4174 Orion Ave., Port Huron, MI 48060 | Jeff Billins |
| Coast Capital Mortgage Group, Inc. | Jeff Becker | FL | 941-795-0847 | 941-792-1767 | 8524 16th Ave, Bradenton, FL 34209 | Hope Kekel |
| Colonial Mortgage of Howell, LLC | Jim Blair | IN | 765-236-1873 | 765-454-4303 | 201 W. Sycamore, Kokomo, IN 46901 | Linda Robinson |
| Commerce Financial Services LLC | | MI | 734-513-2123 | 734-513-2123 | 31300 Plymouth Rd., Livonia, MI 48150 | Steven J. Cervin |
| Complete Employment Solutions Inc. dba Complete Mortgage Services of... | Jeff Becker | MI | 248-969-8488 | 248-969-3034 | 148 S. Washington St., Oxford, MI 48371 | Denise Heidisch |
| Confidential Plus Mortgage, Inc. | Steve Rubin | FL | 863-491-0599 | 863-491-0300 | 606 East Oak St., Arcadia, FL 34266 | Francisco Boccia |
| Cooper & Ulrich Inc. | Mike Tomlanovich | MI | 248-674-4066 | 248-674-4088 | 31 S. Jefferson, Waterford, MI 48329 | Richard Ulrich |
| Creative Mortgage Consultants, LLC | Mike Tomlanovich | MI | 810-742-7234 | 810-742-6970 | 1080 St. Jude, Waterford, MI 48329 | Barbara Ewing |
| Dalco Mortgage LLC | Jim Blair | MI | 616-261-1850 | 616-261-1860 | 4301 Canal SW, Suite 200, Grandville, MI 49418 | John Grodo |
| Dallas Mortgage, LLC | Mike Tomlanovich | MI | 248-784-3282 | 248-784-3290 | 21711 W. Ten Mile Rd., Suite 200, Southfield, MI 48075 | Carl Dallo |
| Destination Home LLC | Mike Tomlanovich | MI | 810-732-1338 | 810-732-2240 | G-5265 W. Pierson Rd., Flushing, MI 48433 | Brian Birdmeier |
| Direct Financial Services Corporation | Steve Rubin | FL | 248-855-5671 | 248-855-5670 | 6775 Daly Rd., Suite 104, West Bloomfield, MI 48322 | Alan Lucia |
| Direct Lending Inc. (branch office) | Mike Tomlanovich | MI, FL, IN, CO, AK | 850-455-6872 | 850-455-6972 | 945 West Michigan Ave., Suite 128, Pensacola, FL 325.. | Phylesta Baldwin |
| Direct Lending Inc. (main office) | Mike Tomlanovich | MI, FL, IN, CO, AK | 734-422-0726 | 734-422-0725 | 32900 Five Mile Rd., Suite 201, Livonia, MI 48154 | Gus Shukalahi |
| Direct Lending Partners, LLC | Steve Rubin | FL | 727-210-1405 | 727-210-1405 | 601 Cleveland St., Suite 501, Clearwater, FL 33755 | Jeff Robinson |
| Diversified Mortgage Finance Inc. | Mike Tomlanovich | MI | 517-485-8611 | 517-485-8600 | 1901 E. Michigan Ave., Lansing, MI 48912 | Christian Galbreath |
| DML Financial Services Group Inc. | Jim Blair | MI | 352-351-8431 | 352-351-8611 | 2201 SW College Rd., Suite 13, Ocala, FL 34474 | Dale Stone |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 616-249-1859 | 616-249-1853 | 1863 R.W. Berends Dr. SW, Wyoming, MI 49509 | Jeffery Anderson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 616-518-4771 | 773-335-9154 | 5645 Nutone St., Fitchburg, IL 03711 | Erica Peterson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 847-719-9145 | 800-936-2411 | 3701 Algonquin Rd., Suite 280, Rolling Meadows, IL 60.. | Jeffery Anderson |
| Dreamerica Mortgage, Inc. | Mike Tomlanovich | MI, IN | 815-834-9446 | 815-834-9440 | 1022 S. State St., Lockport, IL 60441 | Dennis Keenan |
| Dreamerica Mortgage, Inc. (main office) | Mike Tomlanovich | MI, IN | 616-464-0032 | 616-454-9330 | 1461 McLean Dr., Grand Rapids, MI 49534 | Jeffery Anderson |
| DynCorp Financial, Inc. | Laurie Ruckman | FL | 407-449-3807 | 407-449-8452 | 2117 Stryker Street, Orlando, FL 34741 | Samantha Charles |
| Dynamic Mortgage Solutions | Ben Griffin | FL | 407-518-0755 | 407-518-6865 | 215 South Vernon Ave., Kissimmee, FL 34741 | William Corho |
| Eastern Home Financial Group LLC | Jim Blair | MI, FL, IN | 248-385-3493 | 248-738-6868 | 3333 W. Commercial Blvd., #202, Ft. Lauderdale, FL 333.. | Irina Udovichenko |
| Easy Loans | Jim Blair | MI, FL, IN | 727-536-9295 | 727-536-9295 | 25900 Greenfield Rd, Suite 507, Oak Park, MI 48237 | Paula Hardten |
| Encore Mortgage Enterprises Inc. | Mike T./ Jim Blair | MI, FL | 800-440-4186 | 248-290-9038 | 1000 S. Belcher Rd., #B-12, Largo, FL 33771 | Ryko Marich |
| Equity Consultants | Jim Blair | MI, FL | 330-659-7609 | 330-659-7600 | 4191 Highlander Pkwy, Richfield, OH 44286 | Stephen Buxton |
| Equity Mortgage Funding Inc. | Mike Tomlanovich | FL | 586-758-7972 | 586-757-7200 | 26648 VanDyke, Center Line, MI 48015 | Judy Palmer |
| Evolution Network Inc. | Mike Tomlanovich | MI | 813-254-1910 | 813-254-1688 | 3413 E. Frontage Rd, Tampa, FL 33607 | Allen Palmer |
| Executive Mortgage of MI LLC | Jim Blair | MI, FL | 989-871-3535 | 989-871-3500 | 100 W. Midland St., Bay City, MI 48706 | Alan Dener |
| Executive Mortgage of Mt. LLC | Jim Blair | MI, FL | 989-871-3535 | 989-871-3500 | 100 W. Midland St., Bay City, MI 48706 | Alan Dener |
| Family First Mortgage Corp. aka Family Home Lending Corp. | Mike Tomlanovich | MI | 586-245-9289 | 586-245-6955 | 33 Old Kings Rd N, Suite 1, Palm Coast, FL 32137 | Gregory Hill |
| Federal Mortgage Corp., Inc. | Ron Respondek | FL | 386-446-6900 | 386-446-6900 | 3297 Orchard Lake Rd, Keego Harbor, MI 48320 | Nancy Murphy |
| Fidelity Mortgage Company, Inc. | Jim Blair | MI | 248-338-9300 | 248-338-4289 | 201 E. Commercial Blvd., Oakland Park, FL 33334 | James Papageorgiou |
| Financial Lenders LLC | Mike Tomlanovich | MI | 248-932-4144 | 954-734-0530 | 2101 East 12 Mile, Suite 232, Warren, MI 48092 | Elaine Costa |
| First Alliance Inc. the dba of First Alliance Group & Assoc. Inc. | Mike Tomlanovich | MI | 586-558-8989 | 586-558-8882 | 1510 E. Commercial Blvd, Oakland Park, FL 33334 | Rona Costa |
| First Class Mortgage Inc. | Mike Tomlanovich | MI | 954-771-5399 | 954-771-2624 | 47010 Woodbury Estates Dr., Macomb, MI 48044 | Jeffrey Moccia |
| First Class Mortgage, Inc.-branch office | Mike Tomlanovich | MI | 586-477-4747 | 586-477-4747 | 19748 21 Mile Rd, Macomb, MI 48044 | Mike Tomlanovich |
| First Class Mortgage Services of Livonia, Inc. | Mike Tomlanovich | MI | 586-477-4747 | 586-228-7550 | 39777 W. 6 Mile Rd, #200, Livonia, MI 48152 | Timy D. Lewis |
| First Financial Funding | Jim Blair | MI, FL, IN, OH, AK, CO | 734-432-3551 | 734-432-3695 | 1320 Jersey Ave. N, St Cloud, FL 34769 | Steven Mancini |
| First Horizon Home Loan Corp. | Mike Tomlanovich | MI, FL, IN, OH, AK, CO | 407-892-2776 | 407-892-3010 | 1320 Jersey Ave. N, St. Cloud, FL 34769 | M. Cindy McGrath |
| First Horizon Home Loan Corp. | Mike Tomlanovich | MI, FL, IN, CO, AK | 407-852-2776 | 407-892-3010 | 4000 Horizon Way, Irving, TX 75063 | Frank Krohe |
| First Magnus Financial Corporation (branch) | Mike Tomlanovich | MI, FL, IN, CO, AK | 214-441-5592 | 214-441-4000 | 2305 East Paris Ave. SE, Suite 201, Grand Rapids, MI 49546 | Peter Malewicz |
| First Magnus Financial Corporation (main office) | Mike Tomlanovich | MI, FL, IN, CO, AK | 616-464-1340 | 520-618-9000 | 603 N. Wilmot Rd., Tucson, AZ 85711 | Jeffrey Staffens |
| First Mortgage of Michigan the dba of We are Finance Corp. | Mike Tomlanovich | MI, CO | 248-361-5247 | 248-739-1002 | 33045 Hamilton Ct., Suite W108, Farmington Hills, MI 44.. | Gary Melis |
| First Principal Mortgage | Mike Tomlanovich | MI | 616-528-0337 | 616-940-9075 | 7390 Hammond Ave SE, Caledonia, MI 49316 | Robert Baligraph |

| Company | Contact | Phone 1 | Phone 2 | State | Address | Rep |
|---|---|---|---|---|---|---|
| First United Inc. | | | | FL | | |
| Five Star Mortgage, Inc. | Maureen Mayer | 813-223-9406 | 813-225-1519 | FL | 4345 Bayside Village Dr., Suite 203, Tampa, FL 33615 | Michael Candito |
| Florida Executive Lending, Inc. | Maureen Mayer | 561-845-5537 | 561-845-5500 | FL | 1001 W. Jasmine Dr., #F, Lake Park, FL 33403 | Carol Jennings |
| Florida Firststar Mortgage Corporation of Michigan | Jim Blair | 813-653-0493 | 813-652-5363 | MI | 2228 Utilia Center Lane, Valrico, FL 33594 | Kevin Kennelly |
| Freedom Financial Mortgage Lending, LLC | Jim Blair | 231-933-0000 | 231-933-5467 | MI, FL | 2806 S. Crossings Circle, Suite B, Traverse City, MI 49684 | Brian Miles |
| Freedom First Financial Solutions, LLC | Jim Blair | 810-695-4850 | 810-603-3140 | MI | 8145 S. Saginaw St., Suite B, Grand Blanc, MI 48439 | Amber Sabo |
| Frontier R & B Corp. | Jim Blair | 305-663-0548 | 305-663-0542 | FL | 23100 Providence Dr., Suite 230, Southfield, MI 48075 | Sonyelle McMillian |
| G.L. Glennon Mortgage Company | Tim Schafer | 305-232-2708 | 305-232-1700 | FL | 26100 HWY #510, Miami, FL 33157 | Ben Jard |
| Galaxy Mortgage Group LLC | Tim Schafer | 941-729-2651 | 941-739-3383 | FL | 4422 9th Street, Naples, FL 34207 | George Glennon |
| Global Mortgage, Inc. | Steve Rubin | 918-359-1291 | 918-712-9000 | MI, FL, IN, OH, AK | 6910 E. 14th St., Tulsa, OK 74112 | J. Kevin Britt |
| Goldelle Mortgage Inc. | Jim Blair | 810-664-1315 | 727-324-1000 | MI, FL, IN, OH, AK, CO | 1440 Myrtiea Circle, Clearwater, FL 33760 | Simon Dinh |
| Goldelle Mortgage the dba of Crossroads Mortgage LLC | Jim Blair | 989-339-2282 | 810-664-1375 | MI | 53 Benton, Saginaw, MI 48602 | Art Felton |
| Goldelle Mortgage the dba of Crossroads Mortgage LLC | Jim Blair | 810-664-2100 | 810-664-2100 | MI | 1779 W. Genessee, Lapeer, MI 48446 | Tim Rutherford |
| Good Faith Financial the dba of Star First, LLC | Mike Tomianovich | 248-244-3071 | 248-433-0033 | MI, FL | 14490 Butterfield Dr., Suite 100, Troy, MI 48084 | Sal Kesto |
| Great Lakes Mortgage Funding, Inc. | Pam McNabb | 586-532-0700 | 586-532-0600 | MI, FL | 44490 Mound Rd., Sterling Heights, MI 48314 | Grant Holmes |
| Great Lakes Mortgage Services Corp dba Coast to Coast Finance Services | Mike Tomianovich | 734-362-8080 | 734-362-8000 | MI | 2363 W. Jefferson Ave., Suite 207, Trenton, MI 48183 | Tim Williams |
| Green Island Mortgage Corp. | Steve Rubin | 305-826-4020 | 305-826-4010 | FL | 8049 NW 155 St., Miami Lakes, FL 33016 | Marilyn Pharino |
| Green Tree Funding Corp. | Jim Blair | 616-988-1526 | 616-988-1522 | MI | 3960 Broadmoor Ave., Grand Rapids, MI 49512 | Christian Wisor |
| Guaranteed Mortgage Consultants, Inc. | Theresa Bovensiep | 248-584-7685 | 248-584-7582 | MI, FL | 22483 Bayview Dr., St. Clair Shores, MI 48081 | Louis Blito |
| Guaranteed Mortgage Consultants, Inc. (branch) | Theresa Bovensiep | 240-504-7007 | 240-504-7000 | MI | 3863 Telegraph Rd., Suite 200, Bloomfield Hills, MI 48301 | Louis Blito |
| H and H Mortgage Solutions, Inc. | Mike Tomianovich | 248-673-1810 | 248-673-1900 | MI | 13265 Orange Dr., Suite 904, Davie, FL 33330 | Maria Hernandez |
| Harbour Mortgage Company | Lori Ann Ladd | 616-942-7804 | 616-942-9722 | MI | 4195 Pecan Lake Court, Waterford, MI 48328 | Robert Baxter |
| Heartwell Mortgage Corporation | Mike Tomianovich | 407-426-7110 | 407-426-7110 | MI, FL, IN, OH | 1580 East Beltline SE, Grand Rapids, MI 49506 | Joy Raniga |
| Heritage Mortgage Corporation of SW Florida | Mark Sanger | 941-627-6013 | 941-627-2277 | FL | 4034-C Tamiami Trail, Port Charlotte, FL 33952 | Alyson Kamras |
| Highland Financial, Inc. | Mike Tomianovich | 407-330-7587 | 407-330-7866 | FL, CO | 14 E. Washington St., Suite 600-F, Orlando, FL 32801 | Brunson Twelve |
| Home 1st Lending, LLC | Patty Malone | 248-449-8302 | 248-449-0144 | MI | 1973 Longwood Lake Mary Rd., Suite 1007, Longwood, FL 32750 | David Kokietis |
| Home Funding Solutions, Inc. | Mike Tomianovich | 313-350-5577 | 313-350-5588 | MI | 2115 Livernois, Suite 300, Troy, MI 48083 | Frederic Bader |
| Home Lending Ave. | Mike Tomianovich | 305-359-3238 | 305-589-3943 | MI | 43200 W. Nine Mile Rd., Suite 200, Novi, MI 48375 | Charlie Husak |
| Home Mortgage of MI Inc. (branch office) | Maureen Mayer | 813-229-3100 | 813-229-0100 | MI | 5834 Lafayette Dr., Venice, FL 34293 | Kamal Salama |
| Home Mortgage of MI Inc. (branch office) | Steve Rubin | 305-359-3238 | 305-589-3943 | MI | 1051 NE 167 St., North Miami Beach, FL 33162 | Abraham Dawood |
| Home Mortgage of MI Inc. (main office) | Jim Blair | 517-702-9999 | 517-702-0000 | MI | 605 E. Michigan Ave., Lansing, MI 48912 | Alfred Eastburn III |
| Home Mortgage Source | Ron Respondek | 586-492-2766 | 586-492-2765 | MI | 400 Sunrise Dr., Ft. Pierce, FL 34945 | Dina Schmidt |
| Hometown Mortgage Group, Inc. | Jim Blair | 772-236-9864 | 772-288-9070 | FL | 901 SW Martin Downs Blvd., Rochester Hills, MI 48306 | Nichole Huminski |
| Honor Mortgage LLC | Mike Tomianovich | 517-351-0661 | 517-351-000 | MI, FL, IN, OH | 3400 Pinetree Rd., Suite 101, East Lansing, MI 34960 | Larry Fern |
| ICM Financial, Inc. | Jim Blair | 248-357-6828 | 248-357-5248 | MI | 23000 Civic Center #304, Southfield, MI 48076 | Michael Kiraly |
| Indigo Financial Group, Inc. | Mike Tomianovich | 407-389-1641 | 407-389-1477 | MI | 151 South Wymore Rd., Suite 510, Altamonte Springs, FL 32714 | Michael Szumlanski |
| Infinity Mortgage Co. | Patty Malone | 616-534-1512 | 616-534-3104 | MI | 1560 Woodhill Ct. SW, Grand Rapids, MI 49509 | Eddie Brunet III |
| Infinity Mortgage Express, Inc. | Steve Rubin | 317-570-9160 | 317-570-9164 | IN | 6801 Lake Plaza Dr., Suite C-101, Indianapolis, IN 4629 | John Edoo |
| Inter-Lake Mortgage Company | Jeff Becker | 616-676-0719 | 616-676-0455 | MI | 1000 E. Paris SE, Suite 135, Grand Rapids, MI 49546 | Ronnie Bailey |
| International Finance, Inc. | Jim Blair | 248-483-3407 | 248-483-3408 | MI | 45 Henry Clay, Rochester, MI 48071 | Darrin Elias |
| Interstate Finance Corp. the dba of Hanson's Home Finance | Jim Blair | 866-451-1945 | 303-952-0001 | CO | 7408 Pebble Lane, West Bloomfield, MI 48322 | Julio Smith |
| J. Cuihn Mortgage | Mike Tomianovich | 734-468-1322 | 734-459-8600 | MI | 5990 Greenwood Plaza Blvd #195, Englewood, CO 80111 | Melissa Stock |
| Joma Financial | Mike Tomianovich | 407-332-8008 | 407-332-8007 | MI | 188 N. Main Street, Plymouth, MI 48170 | Christopher Hoehn |
| Ju Funding Inc. | Mike Tomianovich | 281-348-6740 | 281-348-6743 | MI, FL | 150 Cranes Roost Blvd., Suite 2230, Altamonte Springs, FL | Barto Serill |
| Kev Group | Patty Malone | 269-388-6733 | 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 | MI, FL | 155 Fremont St., Battle Creek, MI 49017 | Vickie McDonald |
| Kingdom Mortgage LLC the dba of Kingdom First LLC | Mike Tomianovich | 616-301-1445 | 616-301-1430 | MI, FL | 2827 E. Beltline SE, Suite 120, Grand Rapids, MI 49546 | William Arey |
| Lakewood Home Finance Inc. | Scott Trowbridge | 305-591-0007 | 305-591-0005 | CO | 2510 NW 97 Ave., Suite 130, Doral, FL 33172 | Julio Gonzalez |
| Lakewood Home Finance Inc. | Jim Blair | 720-800-8990 | 720-890-8900 | CO | 2687 North Park Dr., Suite 100, Lafayette, CO 80026 | Tom Shannon |
| Lakewood Home Finance Inc. (branch) | Kirsten Hillman | 813-433-0435 | 727-709-7560 | MI, FL | 3452 Soffner Dr., Holiday, FL 34691 | John M. Rogers |
| Liberty Alliance Mortgage Inc. | | | | | | |
| Liberty Home Loans, Inc. | | | | | | |
| Lighthouse Equity Funding, Inc. | | | | | | |
| M & R Mortgage Services, Inc. | Patty Malone | 386-775-0990 | 386-774-5115 | FL | 123 N. Industrial Dr., Suite A, Orange City, FL 32763 | Robert Brodt |

| Company | Rep | State | Phone 1 | Phone 2 | Address | Contact |
|---|---|---|---|---|---|---|
| Main Street USA Mortgage Inc. | Jim Blair | FL | 407-422-2120 | 866-230-3212 | 1516 E. Colonial Dr. #101, Orlando, FL 32805 | Alan Randal |
| Maksor Mortgage Group | Mike Tomlanovich | MI, IN | 616-827-1367 | | 116 Campau Circle NW, Grand Rapids, MI 49503 | Chico Obando |
| Meridian Financial, Inc. | | FL | 888-867-2951 | 888-785-9000 | 363 SW Bayo Dr., Suite 10, Lake City, FL 32025 | Faye Barlow |
| Mica Mortgage Corporation | Mike Tomlanovich | MI | 586-446-7787 | 586-446-7750 | 40600 Van Dyke, Suite 16, Sterling Heights, MI 48313 | Brian Trachsel |
| Millenia Financial Services, LTD | Ron Rospondek | FL | 866-424-5352 | 386-756-8760 | 163 SW Morrison Pl., Suite 105, Lake City, FL 32025 | Jeremy Morris |
| MMS Mortgage Services LLC | Jim Blair | MI, OH | 248-553-6940 | 248-788-0890 | 38275 Twelve Mile Rd. #100, Farmington Hills, MI 4833 | Pat Collins (x.175) |
| Moneyfast Lending aka Moneystar Mortgage | Ben Griffin | FL | 800-726-0306 | 407-354-3659 | 5729 Major Blvd, Suite 607, Orlando, FL 32819 | William Tryon III |
| Morquest, LLC | Ben Griffin | FL | 407-644-3334 | 407-644-2650 | 5201 S. Orange Ave., Suite 3, Orlando, FL 32809 | Philip Buckley |
| Mortgage Concepts of FL, Inc. the dba of Conceptual Mortgages of FL, Inc. | Ben Griffin | FL | 352-861-8586 | 352-861-8088 | 7750 SW 60th Ave., Suite 10, Miami, FL 32789 | Elizabeth Billbrey |
| Mortgage Servers, Inc. | Mike Tomlanovich | FL | 407-696-3214 | 407-696-3211 | 950 W. Fairbanks Ave., Suite 4, Winter Park, FL 32789 | Ricardo Grant |
| Mortgagefast.com | | FL | 239-643-1050 | 239-643-4088 | 3361 Tamiami Trail N, Naples, FL 34103 | Mary Ellen Brennan |
| Mutual Mortgage Financial Corp | Mike Tomlanovich | FL | 813-872-7970 | 813-598-2875 | 4300 West Cypress St., #775, Tampa, FL 33607 | Oscar Melendez |
| Mutual Mortgage Financial Corp. (branch) | Mike Tomlanovich | FL | 813-908-0639 | | 14507 N. Dale Mabry Hwy., Suite 2-33, Tampa, FL 3361 | Julieth Froncher |
| My 1 Stop Mortgage, LLC | Jim Blair | MI | 877-233-2910 | 248-358-9018 | 30075 12 Mile Rd., Southfield, MI 48034 | Crystal Gunn |
| Nations Funding Corp. | Jeff Becker | MI | 586-775-8800 | 586-775-9800 | 26331 Jefferson, St. Clair Shores, MI 48081 | Scott Chan |
| Nationwide Mortgage Consultants Inc. | | FL | 407-792-4922 | 407-869-8958 | 1801 E. Colonial Dr., Suite 101, Orlando, FL 32805 | Ryan Brennan |
| NDG Mortgage Corp., LLC | Dawn Hurst | FL | 904-355-5538 | 904-355-5538 | 822 A Philip Randolf Blvd., Jay, FL 32206 | Nichile Gillyard |
| New Horizon Mortgage Group, LLC | Jim Blair | FL | 610-471-0623 | 570-722-3504 | 18 Spokane Rd., Albrightsville, PA 18210 | Tony Gonzalez |
| NU Lending | Mike Tomlanovich | FL | 813-426-3957 | 813-685-6275 | 5007 East Parade St., Tampa, FL 33617 | Bobbie Peal |
| Oakwood Mortgage Corp. | Patty Malone | FL | 407-226-2676 | 407-226-1218 | 638 Virginia Dr., Orlando, FL 32803 | John Mansilla |
| Olympia Mortgage Trust Inc. | Mark Sanger | CO | 239-643-5676 | | 4100 Corporate Sq., Suite 135, Naples, FL 34101 | Lou Feltz |
| OPIE, Inc. | Mike Tomlanovich | CO | 303-766-0288 | 303-284-8410 | 776 S. Dayton St, Lakewood, CO 80226 | Sherrob Poole |
| Opulent Mortgage, LLC | Jim Blair | CO | 303-228-1624 | 303-228-1611 | 7897 E. Bellevew, Suite 1100, Englewood, CO 80111 | Shari Jefferson |
| Orion Residential Finance, LLC | Tim Schafer | FL | 813-868-1421 | 813-868-1420 | 601 Bayshore Blvd., Suite 850, Tampa, FL 33606 | Oliver Oftick |
| Pacor Mortgage Corp. dba Lake Pacor Home Mortgage | Jim Blair | MI, FL | 773-881-7910 | 800-791-2107 | 3001 W. 111th St., Chicago, IL 60655 | Randy Papp |
| Patriot Mortgage Company, Inc. dba PMC Lending | Jeff Becker | MI | 407-471-3800 | 407-471-3800 | 2301 Maitland Center Parkway, Suite 460, Maitland, FL | Richard Cordrasi |
| PCM Mortgage Solutions, Inc. | Jeff Becker | MI | 989-249-9675 | 989-249-6850 | 5580 State St., Suite 6, Saginaw, MI 49603 | Gregory Hoyn |
| PC-Processing & Loan Inc. | Tim Schafer | FL | 813-643-9604 | 813-684-8719 | 110A N. Parsons Ave, Suite E, Brandon, FL 33510 | Parrish Clark |
| People First Lending LLC | Ben Griffin | FL | 407-284-5500 | 407-284-5500 | 1701 Park Center Dr, Orlando, FL 32835 | Jim Stone |
| PlanPoint Mortgage, LLC | Jim Blair | FL | 231-737-9931 | 231-737-0911 | 3251 Henry St. #B, Muskegon, MI 49441 | Sharon Smith Swartz |
| Precise Mortgage, Inc. | Jim Blair | MI | 248-816-2874 | 248-816-2882 | 570 Kirts Blvd., Suite 211, Troy, MI 48084 | David Ross |
| Precise Non Prime Funding Corp. | Mike Tomlanovich | MI | 616-956-2900 | 616-956-8900 | 2401 Camelot Ct SE, Suite M, Grand Rapids, MI 49546 | Eric Wendlandt |
| Premier Financial Worldclass, LLC | Jim Blair | MI | 775-871-0073 | 321-951-7725 | 2550 Palm Bay Rd. NE, Suite 104, Palm Bay, FL 32905 | Solomon Mitchell |
| Premier Mortgage Funding LLC | Jennifer Walling | MI | 586-226-2016 | 586-226-2076 | 42440 Van Dyke #170, Sterling Heights, MI 48314 | Julie Krumholz |
| Prestige Lending & Investment Group, Inc. | Steve Rubin | MI | 305-418-2039 | 305-418-3691 | 12550 NW 25th St., Suite 208, Miami, FL 33182 | Mariana Sanchez |
| Prime Plus Mortgage Inc. | Theresa Bonynton | MI | 734-427-4100 | 734-427-4100 | 27832 Ford Rd., Suite 104, Garden City, MI 48135 | Andy Sistare |
| Principle Mortgage LLC | Mike Tomlanovich | MI | 800-319-5331 | 616-579-9220 | 2020 Raybrook Ave SE, Suite 102, Grand Rapids, MI 49 | Gary Schilling |
| Pro Mortgage Services 2000 Inc. | Mike Tomlanovich | MI | 305-249-9108 | 305-249-9088 | 19521 NE 6 Ave., N Miami Beach, FL 33162 | Curt Francis |
| Ramm and Hollier Financial | Jim Blair | FL | 352-824-1189 | 352-824-1179 | 2717 Hwy 44 W, Inverness, FL 34453 | Carl J. Ramm |
| Real Financial Services | Jim Blair | FL | 248-626-5063 | 248-626-7325 | 32750 Northwestern Hwy, Farmington Hills, MI 48334 | Jody Rogow |
| Reality Financial LLC | Jim Blair | CO | 303-745-7746 | 303-745-7744 | 11690 Hanover St., Brighton, CO 80602 | David Burke |
| Reed Stewart Mortgage Services, LLC | Mike Tomlanovich | MI, FL | 616-863-9512 | 617-863-9519 | 1221 W. Saginaw Hwy, Grand Ledge, MI 48837 | Keith Moore |
| Reliable Mortgage Solutions, LLC | Lori Ann Ladd | MI | 248-594-9811 | 248-594-9800 | 7127 Elmhurst, West Bloomfield, MI 48322 | Steven Morrison |
| Rockwell Mortgage Inc dba of Ron Simpson & Assocs. | Saailee Smith | MI | 248-569-2844 | 248-569-2205 | 25130 Southfield Rd., Suite 100, Southfield, MI 48075 | Randell Moore |
| Royal Palms Mortgage Inc. | Mike Tomlanovich | MI | 248-564-4409 | 248-564-400 | 110 South Blvd, W #200, Rochester Hills, MI 48307 | Michael Gordon |
| Royalty Investors Group, Corporation | Jim Curran | MI | 305-597-5586 | 305-597-5111 | 3900 NW 79 Ave., Suite 810, Miami, FL 33166 | Nelson Varone |
| Ryder Mortgage Inc dba L.A. Mortgage and Leasing | Mike Tomlanovich | MI | 248-471-0338 | 248-471-4095 | 19500 Middlebelt Rd., Suite 360W, Livonia, MI 48152 | Michael Hallajian |
| Security Mortgage Corp dba Berron & Assoc. | Mike Tomlanovich | MI | 248-848-9959 | 248-848-9099 | 34705 W. 12 Mile Rd., Suite 327, Farmington Hills, MI 4 | Howard Barron |
| SI Mortgage Company dba Sitar Mortgage Company | Mike Tomlanovich | MI, CO | 586-262-0156 | 888-614-4236 | 51650 Oro Rd., Shelby Twp., MI 48315 | Rajeev Gandhi |
| Smooth Capital Mortgage, Inc. | Patty Malone | FL | 407-869-9191 | 407-869-4143 | 407 Wekiva Springs Rd., Suite 101 & 102, Longwood, FL 327 | Justin Ting |
| Source Mortgage Corp. dba Home Mortgage and Loan Corporation | Mike Tomlanovich | MI, FL | 586-992-1234 | 586-892-1234 | 8155 Amsbury, Suite 101 & 102, Shelby Twp., MI 4831 | George Ghenam |
| Star Mortgage Incorporated | Jeff Becker | IN | 812-858-5495 | 812-858-5495 | 6898 Ruffian Lane, Newburgh, IN 47630 | A. Joseph Saplekra |

| Strategic Lenders | | | | | |
|---|---|---|---|---|---|
| Superior Mortgage Group, LLC | Mike Tomlanovich | MI | 734-521-02001 | 37455 Schoolcraft, Livonia, MI 48150 | Joseph Dellgauw |
| The Cambridge Financial Group LLC | Steve Rubin | FL, CO | 813-920-6874 | 4919 Memorial Highway, Suite 200, Tampa, FL 33634 | Gloria Freiled |
| The Home Mortgage Pros LLC | Mike Tomlanovich | MI | 928-223-9170 | 2432 Heidiglam, Wixom, MI 48393 | Scott Bale |
| The Leader & Associates, LLC | Mike Tomlanovich | MI, FL, IN | 616-235-6600 | 777 Monroe Center NW, Suite 404, Grand Rapids, MI 49503 | Michael Rocque |
| The Leader & Associates, LLC | Mike Tomlanovich | MI | 248-471-1791 | 20703 Farmington Rd, #15, Farmington Hills, MI 46336 | Samir Daher |
| The Mortgage Force, Inc. | Steve Rubin | MI | 586-978-3046 | 37177 Mound Rd, Sterling Heights, MI 48310 | Samir Daher |
| Thinstock Mortgage, Inc. | Steve Rubin | FL | 305-665-5250 | 1550 S. Dixie Hwy, Suite 216, Coral Gables, FL 33146 | Scott Hodson |
| The Mortgage Force, Inc. (branch) | Steve Rubin | FL | 380-947-9970 | 220 N. Federal Hwy, Ave., Daytona Beach, FL 32114 | Scott Hodson |
| The Prima Financial Group, Inc. | Mike Tomlanovich | MI | 810-220-0700 | 218 E. Grand River, Brighton, MI 48116 | Beverly Smith |
| The Wilson Group, LLC | Jeff Becker | MI, FL, IN | 248-644-5551 | 249-644-5550 | Mary Wills |
| Titan Mortgage Solutions, Inc. | Rom Blair | FL | 321-238-0134 | 321-251-5100 | 738 N. Midland Dr., Deltona, FL 32725 | Claudine Wilson |
| Top Flite Financial, Inc. | Jeff Becker | FL | 407-965-2655 | 407-965-4548 | 14650 W. Colonial Dr., Winter Garden, FL 34787 | Aaron Rieck |
| Total Lending Solutions | Mike Tomlanovich | MI, FL, IN | 617-565-4077 | 617-565-2140 | 123 E. Grand River Ave., Williamston, MI 48895 | Timothy Balee |
| Transatlantic Lending Group, LLC | Ron Respondek | FL | 954-493-6711 | 6104 SW 192 Ave., Fort Lauderdale, FL 33332 | Tyomin Ibariucea |
| Tri Star Mortgage, LLC | Mike Tomlanovich | FL | 561-416-7270 | 561-394-0124 | 9424 W Federal Hwy, #491, Boca Raton, FL 33431 | Kathleen Tomasso |
| Trust Mortgage Group, Inc. | Jim Blair | FL | 239-333-1901 | 239-333-1900 | 12135 S. Cleveland Ave., Ft. Myers, FL 33007 | Baltzar Sarabia |
| Twin Tower Mortgage, Inc. | Jim Blair | FL | 407-492-9198 | 407-492-9190 | 1601 N. Goldenrod Rd. #2, Orlando, FL 32807 | Juan Casais |
| Unbound Mortgage Corp. | Jennifer Watling | OH | 937-292-7985 | 937-292-7983 | 1102 Carlisle Ave., Bellefontaine, OH 43311 | Juan Casais |
| United Financial Mortgage Services dba of Riverbest Mortgage Incorporated | Mike Tomlanovich | MI | 407-328-6348 | 407-328-0815 | 2015 S. Maple Ave., Sanford, FL 32771 | Judy Bratanowny |
| Universal Trust Mortgage Corp. | Ben Griffin | MI | 231-769-2818 | 231-769-2800 | 6207 Harvey St., Suite B, Muskegon, MI 49444 | John Lowe/Jacob Lockington |
| Upperclick Management | Steve Rubin | FL | 407-831-1924 | 407-831-2008 | 2710 N. Orange Blossom Tr., Suite 202, Kissimmee, FL 34744 | Rob Garrison |
| US Financial Inc. | Jim Blair | FL | 941-207-2276 | 941-207-2277 | 315 Commercial Ct., Bldg. 1, Suite AW, Venice, FL 34292 | Chris Wilson |
| USA Mortgage Corp, Inc. dba of USA South Mortgage Corp. | Mike Tomlanovich | OH | 614-899-9636 | 614-899-9444 | 5588 Cleveland Ave., Columbus, OH 43231 | Dennis Vaughn |
| Vision Financial Consultants LLC | Steve Rubin | FL | 941-851-0487 | 941-852-5808 | 216 N. East Ave., Sarasota, FL 34230 | Jon Spangler |
| Watertown Financial Group, Inc. | Ron Respondek | FL | 206-203-3707 | 786-443-3707 | 2036 NE 9th St., Homestead, FL 33033 | Michael Edelstein |
| Watson & Co. LLC | Jim Blair | MI | 517-626-2511 | 517-626-2500 | 7265 W. Grand River, Lansing, MI 49906 | Chico/Jan Mendoza |
| Westex Financial, Inc. | Steve Rubin | FL | 407-331-7391 | 321-337-2165 | 14149 Portnush Dr., Orlando, FL 32828 | Cameron Chaplin |
| Wilco Financial, Inc. | Mike Tomlanovich | CO | 303-202-4843 | 303-202-5048 | 1001 E. 26th Ave., Denver, CO 80205 | Clyde Watson |
| Willis Howard | Jim Blair | CO | 303-324-1387 | 303-324-1286 | 9942 Fox Run, Parker, CO 80138 | Al Sherman |
| Wilsco Funding LLC | Mike Tomlanovich | CO | 303-225-7671 | 303-887-8714 | 6950 Blue Mesa Ln., Littleton, CO 80125 | Michael Whelan |
| Wolverine Finance & Mortgage Services, Inc. | Jim Blair | CO | 303-758-6200 | 4155 E. Jewell Ave. # 103, Denver, CO 80222 | Lisa Willis |
| World Trust Lending, Inc. | Jim Blair | MI | 734-421-9865 | 734-532-8347 | 1735 Belton, Garden City, MI 48135 | Larry Cormican |
| Your Lender For Life P.C. | Mike Tomlanovich | FL | 239-936-5129 | 239-939-5709 | 3660 Central Ave, Suite 1 Fort Myers, FL 33901 | Greg Grebe |
| | | MI | 248-799-9891 | 248-799-9890 | 19765 W. 12 Mile Rd. # 146, Southfield, MI 48076 | Darnell Allison |
| | | | | | Antonio Stokes |

# Exhibit D

018-7111/929354v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DB STRUCTURED PRODUCTS, INC.,    :        07 Civ. 4119 (DC)
                                                            ECF case
                Plaintiff,                          :

                – against –                      :

LENDER LTD.,                              :        ANSWER TO
                                                            THIRD-PARTY COMPLAINT
                Defendant/Third-Party Plaintiff,  :

                – against –                      :

CML DIRECT, INC. d/b/a CREATIVE      :
MORTGAGE LENDING,
                                                      :
                Third-Party Defendant.
------------------------------------------------------X

        Third-party defendant CML Direct, Inc. ("CML Direct") answers the third-party

complaint as follows:

        1.    CML Direct lacks knowledge or information sufficient to form a belief

as to the truth of paragraph 1 of the third-party complaint and refers to the records of

this court for their contents.

<u>Answering "Jurisdiction And Venue"</u>

        2.    CML Direct lacks knowledge or information sufficient to form a belief

as to the truth of paragraphs 2 and 3 of the third-party complaint and refers questions of

law to the court.

Answering "Parties"

3.    CML Direct lacks knowledge or information sufficient to form a belief as to the truth of paragraph 4 of the third-party complaint.

4.    CML Direct denies paragraph 5 of the third-party complaint and admits that it is a Michigan corporation and that it has an office at 26555 Evergreen Road, Suite 810, Southfield, Michigan.

Answering "Facts"

5.    CML Direct lacks knowledge or information sufficient to form a belief as to the truth of paragraph 6 of the third-party complaint.

6.    CML Direct denies paragraph 7 of the third-party complaint and refers to the IOC Agreement for its contents.

7.    CML Direct denies paragraphs 8 through 10 of the third-party complaint.

8.    CML Direct denies paragraphs 11 and 12 of the third-party complaint and refers to Exhibit B thereto for its contents.

9.    CML Direct lacks knowledge or information sufficient to form a belief as to the truth of paragraph 12 of the third-party complaint .

10.    CML Direct lacks knowledge or information sufficient to form a belief as to the truth of paragraphs 13 and 14 of the third-party complaint.

11.    CML Direct denies paragraph 15 of the third-party complaint and refers to Exhibit E thereto for its contents.

12.    CML Direct lacks knowledge or information sufficient to form a belief as to the truth of paragraph 16 of the third-party complaint .

2

13.   CML Direct denies paragraphs 17 and 18 of the third-party complaint.

## First Affirmative Defense

14.   Exhibit B to the third-party complaint was signed neither by John Sanger nor by anyone authorized by John Sanger or by CML Direct to sign John Sanger's name.

15.   Neither John Sanger nor anyone at CML Direct with authority to cause CML Direct to assume Lender Ltd.'s liability to plaintiff ever discussed or authorized that assumption of liability or discussed that assumption of liability with Lender Ltd.

16.   The signature for CML Direct on Exhibit B is an unauthorized signature or it is a forgery.

## Second Affirmative Defense

17.   The Assignment and Assumption agreement attached as Exhibit B to the third-party complaint was not intended to include, did not and does not include an undertaking by CML Direct to assume the obligations of Lender Ltd. to plaintiff.

18.   Upon information and belief, the schedule of loans attached to the Assignment and Assumption agreement was inserted therein without the knowledge or approval of CML Direct.

19.   The third-party claim is barred by fraud or fraud in the execution.

## Third Affirmative Defense

20.   Assuming for the sake of argument that Lender Ltd. and CML Direct entered into an agreement in the form attached to the third-party complaint as Exhibit B,

nothing in that agreement provides that CML Direct assumed responsibility for Lender Ltd.'s obligations to plaintiff, including but not limited to Lender Ltd.'s obligation to repurchase from plaintiff loans which went into default within the first ninety days, nor did CML Direct intend to assume that obligation.

21.    Neither CML Direct nor Lender Ltd. discussed or negotiated the potential liability of CML Direct to plaintiff under the loans listed on the schedule to Exhibit B.

### Fourth Affirmative Defense

22.    CML Direct received no consideration for assuming Lender Ltd.'s obligations to plaintiff.

23.    The third-party claim is barred by lack of consideration.

### Fifth Affirmative Defense

24.    The third-party claim is barred by mistake.

### Sixth Affirmative Defense

25.    The third-party claim is barred by the statute of frauds.

### Seventh Affirmative Defense

26.    Upon information and belief, damages are overstated in that one or more of the loans alleged to be in default have been foreclosed, or have resumed payment, or payments made on behalf of the borrowers were sent to the wrong address or credited incorrectly.

4

Eighth Affirmative Defense

27.   The third-party claim is barred by unclean hands.

Ninth Affirmative Defense

28.   The court lacks personal jurisdiction over CML Direct.

Tenth Affirmative Defense And Demand For Arbitration

29.   Article VIII of the "Employment Terms And Conditions" of the IOC

Agreement, at 11, states in relevant part:

> Any dispute arising between the parties regarding the terms
> of this IOC Agreement . . . shall be submitted for binding
> arbitration with the office of the American Arbitration
> Association serving the Metropolitan Detroit area.  Any
> decision, judgment or ruling resulting from such arbitration
> may be submitted to and entered as a judgment in an
> appropriate Circuit Court in the State of Michigan.

30.   Article IX of the same section of the same agreement provides in

relevant part:

> Any dispute arising between the parties regarding the terms
> of this IOC Agreement . . . shall be submitted for binding
> arbitration with the office of the American Arbitration
> Association serving the Metropolitan Detroit area.  Any
> decision, judgment or ruling resulting from such arbitration
> may be submitted to and entered as a judgment in an
> appropriate Circuit Court in the State of Michigan.

31.   The claim in the third-party complaint is arbitrable under the

foregoing arbitration clauses.

32.   CML Direct demands that Lender Ltd. dismiss the third-party action

and commence arbitration pursuant to the IOC Agreement.

<u>Eleventh Affirmative Defense</u>

33.   Plaintiff and Lender Ltd. have failed to mitigate their damages.


Dated:  New York, NY                    LESTER SCHWAB KATZ & DWYER, LLP
        October 12, 2007                120 Broadway
                                        New York, NY  10271
                                        212 964-6611
                                        Attorneys for Third-Party Defendant
                                        CML DIRECT, INC.



                                        s/_____
                                        Dennis M. Rothman (dr-0384)



To:

Mark S. Kaufman, Esq.
KAUFMAN & KAHN, LLP
747 Third Avenue, 32$^{d}$ Floor
New York, NY  10017
212 293-5556
Attorneys for Third-Party Plaintiff
LENDER LTD.

Richard F. Hans, Esq.
John P. Doherty, Esq.
THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, NY  10281
212 912-7400
Attorneys for Plaintiff
DB STRUCTURED PRODUCTS, INC.

6

## Answers to Complaints

1:07-cv-04119-DLC DB Structured Products, Inc. v. Lender, Ltd.

CASREF, ECF, RELATED

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Rothman, Dennis on 10/12/2007 at 12:40 PM EDT and filed on 10/12/2007

**Case Name:**        DB Structured Products, Inc. v. Lender, Ltd.
**Case Number:**      1:07-cv-4119
**Filer:**            CML Direct, Inc.
**Document Number:** 21

**Docket Text:**
ANSWER to Third Party Complaint. Document filed by CML Direct, Inc..(Rothman, Dennis)

**1:07-cv-4119 Notice has been electronically mailed to:**

John Patrick Doherty     jdoherty@tpw.com, kcunningham@tpw.com

Richard Francis Hans , Jr     rhans@tpw.com

Mark Samuel Kaufman     kaufman@kaufmankahn.com

Brendan Ernest Zahner     bzahner@tpw.com, mmuller@tpw.com

**1:07-cv-4119 Notice has been delivered by other means to:**

Kerry Ford Cunningham
Thacher Proffitt & Wood, LLP
Two World Financial Center
New York, NY 10281

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=10/12/2007] [FileNumber=3895356-0] [4042829bd217db946663a6728d5eb34d53fbed8c9fbb54154ecb90fba729897923 1bfa21860b2dfc4a188749570453c61feacf959c84404bef7128d674ec4cb2]]