USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DB STRUCTURED PRODUCTS, INC.,           :
                                        :   07 Civ. 4109(DLC)
                Plaintiff,              :
                                        :        ORDER
        -v-                             :
                                        :
BALTIMORE AMERICAN MORTGAGE             :
CORPORATION, INC.,                      :
                Defendant.              :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                Plaintiff,              :
                                        :   07 Civ. 4115(DLC)
                                        :
        -v-                             :
                                        :
FIRST CAPITAL MORTGAGE CORP.,           :
                Defendant.              :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                Plaintiff,              :
                                        :   07 Civ. 4119(DLC)  ←
                                        :
        -v-                             :   DUPLICATE
                                        :   ORIGINAL
LENDER, LTD.,                           :
                Defendant.              :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                Plaintiff,              :
                                        :   07 Civ. 4122(DLC)
                                        :
        -v-                             :
                                        :
GREAT NORTHERN FINANCIAL GROUP, INC.,   :
                Defendant.              :
----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,           :
                Plaintiff,              :
                                        :   07 Civ. 4125(DLC)
                                        :
        -v-                             :
                                        :
TRANSNATIONAL FINANCIAL NETWORK, INC.,  :
                Defendant.              :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received a request from the parties in these actions for an adjournment of the pretrial conference scheduled for March 28, 2008, it is hereby

ORDERED that the pretrial conference is adjourned to April 10, at 11 a.m. in Courtroom 11B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         March 19, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge