USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.,

   Plaintiff,

  -against-

LENDER LTD.,

   Defendant/Third-Party Plaintiff,

  -against-

CML DIRECT, INC. d/b/a CREATIVE
MORTGAGE LENDING,

   Third-Party Defendant.

ECF Case

Civ. No. 07 CV 4119 (DLC)

STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the above captioned litigation is hereby dismissed without prejudice as to the claims by Plaintiff against Defendant Lender Ltd., and is dismissed without prejudice as to the claims by Third Party Plaintiff Lender Ltd. against Third Party Defendant CML Direct, Inc. All parties shall bear their own attorneys' fees, costs and disbursements associated with this action.

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty
Brendan E. Zahner
*Attorneys for Plaintiff*

Two World Financial Center
New York, New York 10281
(212) 912-7400

KAUFMAN & KAHN, LLP

By: _____
Mark Kaufman
*Attorneys for Defendant/Third Party
Plaintiff Lender LTD*

747 Third Avenue, 32nd Floor
New York, New York 10017
(646) 943-6113

*The Clerk of Court shall close the case.*

*[signature]*
April 10, 2008

LESTER SCHWAB KATZ & DWYER, LLP

By: _____
Dennis M. Rothman
*Attorneys for Third-Party Defendant
CML Direct, Inc.*

120 Broadway
New York, New York 10271
(212) 341-4343


SO ORDERED:

_____
The Honorable Denise L. Cote, U.S.D.J.

2